IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:

GREGORY B. MYERS,

    Debtor.
_____/

BRIAN KING, *et al.*,

    Plaintiffs,

v.

ROGER SCHLOSSBERG, TRUSTEE,

    Defendant.
_____/

Case No. 15-26033-MCR
(Chapter 7)

Adv. No. 24-00007

## NOTICE OF APPEAL [1]

Debtor, Gregory B. Myers appeals to the United States District Court for the District of Maryland from the following orders, memorandums, notices, and rulings entered by the United States Bankruptcy Court for the District of Maryland in Adversary Case No. 24-00007:

1. *Order To Show Cause Why Complaint Should Not Be Dismissed For Want Of Prosecution* (Adv. No. 24-00007; Doc. 4).

2. *Order Granting Stipulation And Motion To Extend Time* (Adv. No. 24-00007; Doc. 7).

3. *Scheduling Order* (Adv. No. 24-00007; Doc. 15).

4. *Memorandum To Parties* (Adv. No. 24-00007; Doc. 27).

5. *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 29).

6. *Order Dissolving Show Cause Order After Response* (Adv. No. 24-00007; Doc. 32).

---

[1] See *Capron v. Van Noorden*, 6 U.S. 126 (1804).

1

7. *Notice Of Evidentiary Hearing* (Adv. No. 24-00007; Doc. 33).

The parties to this appeal are as follows:

    Appellant: Gregory B. Myers

    Appellee: Roger Schlossberg, Chapter 7 Trustee

        Counsel:
        Frank J. Mastro
        Roger Schlossberg
        Schlossberg & Mastro
        18421 Henson Blvd., Suite 201
        Hagerstown, MD 21742

    Appellee: Brina King
    Appellee: Cristina King
    Appellee: Cristina and Brian King Children's Trust

        Counsel:
        Maurice B. VerStandig, Esq.
        The VerStandig Law Firm, LLC
        1452 W. Horizon Ridge Pkwy., Suite 665
        Henderson, NV 89012

Dated: June 25, 2025.

                                            _____
                                            Gregory B. Myers, *pro se*
                                            700 Gulf Shore Blvd. N.
                                            Naples, Florida 34102
                                            (301) 325-2312
                                            gregbmyers@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, a copy of the foregoing was furnished to the following parties:

Roger Schlossberg
Frank J. Mastro
P.O. Box 2017
Hagerstown, MD 21742-2017

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012

_____
Gregory B. Myers, *pro se*