UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA KING
and
CRISTINA AND BRIAN KING
CHILDREN'S TRUST,

    Appellees.

Civil Action No. 25-2103-TDC

## ORDER

On June 26, 2025, Appellant Gregory B. Myers filed a Notice of Appeal from Bankruptcy Court. ECF No. 1. Federal Rule of Bankruptcy Procedure 8009(a)(1)(B) requires that an appellant "file and serve the designation and statement" within 14 days after the Notice of Appeal becomes effective. If the appellant fails to do so, the Bankruptcy Clerk transmits a partial record of appeal to the Clerk of the District Court. D. Md. Local R. 404.2. On July 10, 2025, the Bankruptcy Clerk transmitted the partial record. ECF No. 3. To date, Myers has not filed the required designation and statement.

Accordingly, it is hereby ORDERED that within **10 days** of the date of this Order, Myers must submit the designation and statement to the Court and must also submit a statement explaining his prolonged delay in filing those documents. If Myers fails to do so, his case may be dismissed without further notice.

Date: July 30, 2025

THEODORE D. CHUANG
United States District Judge