IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| GREGORY B. MYERS, ) | Case No. 15-26033-MCR |
| ) | (Chapter 7) |
| Debtor. ) | |
| ) | |
| ) | |
| BRIAN KING, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. No.: 24-00007 |
| ) | |
| ROGER SCHLOSSBERG, TRUSTEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED COMPROMISE
AND SETTLEMENT WITH KING PLAINTIFFS**

TO THE HONORABLE MARIA ELLENA CHAVEZ-RUARK, UNITED STATES BANKRUPTCY JUDGE:

Defendant, Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee"), by his undersigned counsel, pursuant to Fed. R. Bank. P. 9019, and in support of the instant *Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* hereby respectfully represents as follows:

1. As is set forth in the *Notice of Proposed Compromise and Settlement with King Plaintiffs* filed contemporaneously herewith (the "*Notice*"), the Trustee proposes to enter into a compromise and settlement of a pending dispute with the parties named therein. The background of said dispute and the specific terms and conditions of said proposed compromise and settlement are more particularly set forth in said *Notice*. A copy of said *Notice* is attached hereto and incorporated by reference herein as ***Exhibit 1***.

2.       Pursuant to the provisions of Bankruptcy Rules 9019 and 2002, the *Notice* has been forwarded to all parties-in-interest herein as appears by reference to the *Certificate of Service* also filed contemporaneously herewith.

3.       If said proposed compromise and settlement is approved by this Court, the parties respectfully submit that this Court should entertain and enter an *Order* in substantially that form attached to the *Notice*.

4.       The parties believe that the above-described proposed compromise and settlement is in the best interests of all parties-in-interest herein and should be approved by the Court.

WHEREFORE, the Trustee respectfully requests that the proposed compromise and settlement be APPROVED.

                                              Respectfully submitted,

                                              SCHLOSSBERG | MASTRO

                                              By:    */s/ Frank J. Mastro*
                                                       Frank J. Mastro #24679
                                                       Roger Schlossberg
                                                       P.O. Box 2067
                                                       Hagerstown, MD 21742
                                                       (301) 739-8610
                                                       fmastro@schlosslaw.com
                                                       *Attorneys for Defendant,*
                                                       *Roger Schlossberg, Trustee*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **30th** day of **December 2024**, a copy of the *Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* and proposed Order was served electronically via CM/ECF upon:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., Suite 665
Henderson, NV 89012
mac@mbvesq.com
*Attorneys for Plaintiffs*

                                                 */s/ Frank J. Mastro*
                                                   Frank J. Mastro