IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re:<br>GREGORY B. MYERS,<br><br>Debtor.<br>_____<br><br>BRIAN KING, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER SCHLOSSBERG, TRUSTEE,<br><br>Defendant. | )<br>) Case No. 15-26033-MCR<br>)     (Chapter 7)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. No.: 24-00007<br>)<br>)<br>)<br>)<br>) |

**TRUSTEE'S EXHIBIT AND WITNESS LISTS FOR HEARING ON
TRUSTEE'S MOTION FOR APPROVAL OF PROPOSED COMPROMISE
AND SETTLEMENT WITH KING PLAINTIFFS**

Roger Schlossberg, the Chapter 7 Trustee for the bankruptcy estate of Gregory B. Myers ("the Trustee"), by and through his undersigned counsel, hereby submits the following list of exhibits that he may seek to admit into evidence, and list of witnesses that he may call to testify, at the in-person hearing on the *Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs* ("the *Settlement Motion*"), [Dkt. #17], which is scheduled for June 30 and July 1, 2025.

**List of Potential Exhibits**

1. First Amended and Restated Operating Agreement of 6789 Goldsboro LLC

2. Letter from Maurice VerStandig, Esq. to Serv Trust dated Aug. 23, 2017

3. Appraisal of 6789 Goldsboro Road by M. Ronald Lipman, MAI

4. Memorandum of Understanding (partially executed)

5. Email exchange between Brian King and Greg Myers in Jan. 2017

6. Email chain involving Brian King and Greg Myers dated Oct. 6, 2016

7. Email chain involving Brian King and Greg Myers dated Nov. 30, 3016

8. Email from Greg Myers to Brian King dated Dec. 15, 2016

9. Redfin online valuation of 6789 Goldsboro Road as of June 17, 2025

10. *Order Entering Partial Judgment and Stay* entered in *King, et al. v. Serv Trust, et al.*, Case No. 436977-V (Circuit Court for Montgomery County, Jan. 12, 2023)

11. *Memorandum Opinion and Order on Show Cause*, entered in *In re Gregory B. Myers*, Case No. 25-00069-ELG (June 11, 2025)

Copies of the foregoing exhibits are appended hereto. The Trustee reserves the right to supplement or amend his exhibit list prior to the hearing in accordance with the Court's protocol.

**List of Potential Witnesses**

1. Roger Schlossberg, Trustee

2. Brian King

3. Cristina King

4. Corporate designee of the Cristina and Brian King Children's Trust

5. Corporate designee of 6789 Goldsboro LLC

The Trustee reserves the right to supplement or amend his witness list prior to the hearing in accordance with the Court's protocol.

Respectfully submitted,

SCHLOSSBERG | MASTRO

  */s/ Frank J. Mastro*
Frank J. Mastro #24679
Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610
fmastro@schlosslaw.com
rschlossberg@schlosslaw.com
*Attorneys for Roger Schlossberg, Trustee*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ***25th*** day of ***June 2025***, in accordance with this Court's *Protocol for In-Person Hearings*, I served a copy of the foregoing *Trustee's Exhibit and Witness Lists for Hearing on Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs*, together with all exhibits referenced therein, via email upon the following interested parties:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., #665
Henderson, NV 89012
mac@mvbesq.com
*Counsel for King Plaintiffs*

Gregory B. Myers
700 Gulf Shore Blvd. North
Naples, FL 34102
gregbmyers@verizon.net
*Debtor*

  */s/ Frank J. Mastro*
Frank J. Mastro