UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY B. MYERS,<br><br>   Appellant,<br><br>   v.<br><br>ROGER SCHLOSSBERG,<br>BRIAN KING,<br>CRISTINA AND BRIAN KING<br>CHILDREN'S TRUST,<br>CRISTINA KING,<br><br>   Appellee. | Civil Action Nos. 25-2042-TDC<br>25-2103-TDC<br>25-2337-TDC<br>25-2338-TDC<br>25-2635-TDC |

**ORDER**

Appellant Gregory B. Myers filed Motions for Enlargement of Time to File the Initial Brief in five appeals pending before the Court. Myers asks the Court to extend the deadlines to file and serve his initial briefs to November 3, 2025. Appellees Roger Schlossberg, Brian King, Cristina and Brian King Children's Trust, and Cristina King filed no opposition to the Motions, so the Court will grant the Motions as unopposed. The Court also notes that these appeals are sufficiently related that it would enhance judicial economy to have them consolidated, such that they will be briefed and resolved together. Accordingly, it is hereby ORDERED that:

1. The Motion for Enlargement of Time to File the Initial Brief in 25-2042-TDC, ECF No. 10, is GRANTED.

2. The Motion for Enlargement of Time to File the Initial Brief in 25-2103-TDC, ECF No. 9, is GRANTED.

3. The Motion for Enlargement of Time to File the Initial Brief in 25-2337-TDC, ECF No. 7, is GRANTED.

4. The Motion for Enlargement of Time to File the Initial Brief in 25-2338-TDC, ECF No. 6, is GRANTED.

5. The Motion for Enlargement of Time to File the Initial Brief in 25-2635-TDC, ECF No. 8, is GRANTED.

6. Within **7 days** of the date of this Order, the Parties shall file a Joint Notice stating whether any Party objects to consolidating the appeals.

Date: October 7, 2025

THEODORE D. CHUANG
United States District Judge