UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GREGORY B. MYERS,

    Appellant,

v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

ORDER

Appellant Gregory B. Myers has filed a Motion to Hold the Consolidated Appeals in Abeyance, ECF No. 17, pending the disposition of his current pending state court appeal, ACM-REG-0910-2025. Appellees oppose the Motion. ECF No. 17. Upon review, the Court finds an insufficient basis to warrant the proposed stay. Accordingly, it is hereby ORDERED that:

1. The Motion to Hold the Consolidated Appeals in Abeyance, ECF No. 17, is DENIED.

2. Within **21 days** of this Order, Myers shall file his opening brief pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1). If he fails to do so, the consolidated appeals will be dismissed pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4).

Date: December 22, 2025



THEODORE D. CHUANG
United States District Judge