FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| GREGORY B. MYERS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case Nos. 8:25-cv-2103-TDC (Lead Case) |
| | ) | 8:25-cv-2337-TDC |
| ROGER SCHLOSSBERG, | ) | 8:25-cv-2635-TDC |
| BRIAN KING, | ) | |
| CRISTINA KING, and | ) | |
| CRISTINA AND BRING KING | ) | |
| CHILDREN'S TRUST | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER DENYING MOTION TO COMPEL
PRODUCTION OF EXECUTED SETTLEMENT AGREEMENT**

Upon consideration of the Appellant's Motion to Compel Production of Executed Settlement Agreement Referenced in Bankruptcy Court's July 3, 2025 Order and to Supplement the Record, DE #19 (the "Motion"), filed by Gregory B. Myers ("Mr. Myers" or the "Appellant" or the "Debtor"), the opposition of Brian King, Cristina King, and the Cristina and Brian King Children's Trust thereto, governing law, and the record herein, it is, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

_____
Hon. Theodore D. Chuang
United States District Judge