IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| GREGORY B. MYERS, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case Nos.: 25-2103-TDC (lead case) |
| | )              25-2337-TDC |
| ROGER SCHLOSSBERG, TRUSTEE, | )              25-2635-TDC |
| *et al.*, | )              (Consolidated) |
| | ) |
| Appellees. | ) |
| | ) |

**OPPOSITION TO APPELLANT'S MOTION TO COMPEL
PRODUCTION OF EXECUTED SETTLEMENT AGREEMENT**

Appellee, Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee"), by his undersigned counsel, hereby joins the *Opposition to Motion to Compel Production of Executed Settlement Agreement* filed by Appellees, Brian King, Cristina King, and the Cristina and Brian King Children's Trust ("the *King Opposition*"), [Dkt. #24].

WHEREFORE, for the reasons stated in the *King Opposition*, the Trustee respectfully requests that *Appellant's Motion to Compel Production of Executed Settlement Agreement Referenced in Bankruptcy Court's July 3, 2025*, [Dkt. #19], be DENIED.

Respectfully submitted,

SCHLOSSBERG | MASTRO

     */s/ Frank J. Mastro*
Frank J. Mastro #24679
P.O. Box 2067
Hagerstown, MD 21742
(301) 739-8610
fmastro@schlosslaw.com
*Attorneys for Appellee,*
*Roger Schlossberg, Trustee*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the ***20th*** day of ***January 2026***, I served a copy of the foregoing *Opposition to Appellant's Motion to Compel Production of Executed Settlement Agreement* upon all parties as follows: (a) via email to:

    Maurice B. VerStandig, Esq.
    1452 W. Horizon Ridge Pkwy., Suite 665
    Henderson, NV 89012
    mac@mvbesq.com
    *Attorney for Appellees,*
    *Brian King, Cristina King and the*
    *Cristina and Brian King Children's Trust*

and (b) via first-class mail, postage prepaid, to:

    Gregory B. Myers
    700 Gulf Shore Blvd. North
    Naples, FL 34102
    *Appellant / Debtor*

     */s/ Frank J. Mastro*
     Frank J. Mastro