Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**GREGORY B. MYERS,**

*Appellant,*

v.

**ROGER SCHLOSSBERG, ET AL.**

*Appellees.*

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

**APPELLANT'S RULE 8009 AMENDED AND SUPPLEMENTAL
DESIGNATION OF RECORD ON APPEAL**

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

January 12, 2026

1

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL *(Pursuant to Fed. R. Bankr. P. 8009(a)(1)(A))*

Appellant Gregory Brian Myers ("Appellant"), appearing pro se, designates the following items to be included in the record on appeal.

### A. Orders, Judgments, and Oral Rulings Directly on Appeal

1. **Order Approving Trustee's Compromise and Settlement** (DE 61, entered July 3, 2025).

2. **Oral Ruling of the Bankruptcy Court** issued July 3, 2025 (transcript).

3. **Order Denying Debtor's Emergency Motion for Stay Pending Appeal** (DE 83).

4. **Order Denying Trustee's Motion to Strike Debtor's Objection** (DE 60).

5. **Settlement Procedures Order** (DE 1029, entered December 11, 2023).

6. **Order Denying Debtor's Motion to Strike Trustee's Initial Rule 9019 Motion** (DE 1028).

7. **Order Denying Trustee's Motion for Sanctions Against Samek, Werther & Mills** (DE 1027).

### B. Rule 9019 Motions, Notices, and Purported Settlement Materials, Including Any Document Referenced During the July 3, 2025 Oral Ruling

8. Trustee's **Motion for Approval of Proposed Compromise and Settlement** (DE 17-1 and all prior iterations).

9. Trustee's **Notice of Proposed Compromise and Settlement** (all versions).

10. **All exhibits, witness lists, and declarations** submitted by the Trustee in support of the Rule 9019 motion.

11. **Any written settlement agreement**, term sheet, side letter, or memorialization of the purported settlement between the Trustee and the King Parties, **whether signed or unsigned**, including documents not filed with the Bankruptcy Court but relied upon, referenced, or assumed by the Bankruptcy Court.

C. **Evidentiary Hearing Record (June 30 & July 1, 2025)**

12. **Transcript of Evidentiary Hearing – Day 1** (June 30, 2025).

13. **Transcript of Evidentiary Hearing – Day 2** (July 1, 2025).

14. All **exhibits admitted, proffered, or referenced** during the evidentiary hearing.

15. Debtor's **Supplemental Objection to Settlement Motion** (DE 56).

D. **Proofs of Claim and Claim Objections**

16. King Parties' **Proofs of Claim Nos. 21, 22, and 23**.

17. Debtor's **Objections** to Proofs of Claim Nos. 21, 22, and 23.

18. **Joint Notice of Dismissal With Prejudice** of Adv. 24-00007 (DE 100, filed Aug. 5, 2025).

E. **Jurisdictional, Abstention, and Remand Materials**

19. **Abstention Order** entered January 30, 2019 (Adv. No. 18-00407).

20. **Florida Bankruptcy Court Order Modifying/Lifting Stay** (June 28, 2022).

21. **Florida Bankruptcy Court Remand Order** (January 3, 2023).

22. All **motions, oppositions, rehearing motions, and appellate filings** relating to removal, remand, abstention, and jurisdiction.

23. **State court consolidation order** (August 14, 2018) consolidating Case Nos. 436977-V and 451611-V for all purposes.

**F. Prior Adversary Proceedings and Inconsistent Trustee Positions** *(Judicial Estoppel / Jurisdictional Predicate)*

24. **Offit Kurman v. Serv Trust** adversary pleadings, orders, and hearing transcripts.

25. Trustee filings and hearing transcripts **disclaiming alter-ego, disclaiming estate ownership of Serv Trust assets, or asserting separateness** between Myers and Serv Trust.

26. **U.S. Trustee adversary** (denial of discharge) – Memorandum Decision and Judgment dated Sept. 28, 2018 (DE 94 & 93).

27. Trustee's **Objection to Debtor's Claimed Exemptions**, related hearing transcript, and order overruling objection (2017).

**G. State Court Proceedings Relied Upon or Discussed by Bankruptcy Court**

28. State court **trial transcript dated January 3, 2023**.

29. State court **partial judgment / non-final orders** concerning alter ego and redemption.

30. State court motions, oppositions, and transcripts **cited, summarized, or relied upon** by the Bankruptcy Court in approving the settlement.

## H. Motions to Disqualify and Due Process Filings

31. Debtor's **Motion to Disqualify Bankruptcy Judge** (DE 47) and related oppositions.

32. Debtor's **Motion to Disqualify Counsel for the King Parties** (DE 49) and related oppositions.

33. Bankruptcy Court's **failure to rule** on disqualification motions.

## I. Catch-All

34. **All pleadings, orders, transcripts, exhibits, and docket entries** from the Debtor's main bankruptcy case and all adversary proceedings **that were**:

    - referenced by the Bankruptcy Court,
    - relied upon expressly or implicitly,
    - judicially noticed,
    - or form the factual or legal predicate for the Rule 9019 settlement, **including materials necessary to evaluate subject-matter jurisdiction, Article III limits, in rem jurisdiction, due process, judicial estoppel, finality, and mootness.**

## II. STATEMENT REGARDING ISSUES ON APPEAL *(Pursuant to Rule 8009(a)(1)(B))*

Appellant relies on the **Issues Presented** section of his Opening Brief filed contemporaneously herewith.

## III. RESERVATION OF RIGHTS

Appellant expressly reserves the right to **supplement the record** under Rule 8009(e) should omitted items be identified or produced (including any written settlement agreement).

Respectfully submitted,

*/s/ signature*

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF COMPLIANCE

1. This document complies with Fed. R. Bankr. P. 8015(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. Bankr. P. 8015(g), this document contains 693 words.

2. This document complies with the typeface requirements of Fed. R. Bankr. P. 8015(a)(5) and the type-style requirements of Fed. R. Bankr. P. 8015(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2026, I filed the foregoing with the Clerk of Court thereby serving all registered users in this case.

_____
Gregory B. Myers, *pro se*