**CLOSED, 727OBJ, EXHIBITS, NODIS, WIL**

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
## Adversary Proceeding #: 17-00193

*Assigned to:* Judge Maria Ellena Chavez-Ruark
*Lead BK Case:* 15-26033
*Lead BK Title:* Gregory B Myers
*Lead BK Chapter:* 7
*Demand:* 0

*Date Filed:* 05/18/17
*Date Terminated:* 06/17/22
*Case Administrator :*   Laurie Arter
*Team Phone:*   301-344-3965

*Nature[s] of Suit:*  41 Objection / revocation of discharge - 727(c),(d),(e)

---

**Plaintiff**
-----------------------
**US Trustee - Greenbelt, 11**
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
Email: USTPRegion04.GB.ECF@USDOJ.GOV

represented by **Leander D. Barnhill**
U.S. Department of Justice
Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770
(301) 344-6216
Fax : (301) 344-8431
Email: leander.d.barnhill@usdoj.gov
*TERMINATED: 05/11/2018*
*LEAD ATTORNEY*

**Hugh M. (UST) Bernstein**
Office of U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201
(410) 962-7771
Email: hugh.m.bernstein@usdoj.gov

**Lynn A. Kohen**
U.S. Trustee Office
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
301-344-6221
Email: lynn.a.kohen@usdoj.gov

V.

**Defendant**
-----------------------

**Gregory B Myers**  
700 Gulf Shore Blvd. N.  
Naples, FL 34102  
SSN / ITIN: xxx-xx-0074  

represented by **Gregory B Myers**  
PRO SE

| Case Related Information |||| 
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket ▼  View  ☐ show related transactions |
| Pending Matters | No Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders: No Activity  No Signed  Upload   Log | Party | Case Opening Fees   All Fees | |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 06/17/2022 | 🌐 | | Adversary Case 0:17-ap-193 Closed. (Arter, Laurie) (Entered: 06/17/2022) |
| 05/17/2022 | 🌐 139 | ☐ | Rule 42(b) Mandate From the Court of Appeals for the Fourth Circuit (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers, 138 Order from Circuit Court). (Arter, Laurie) (Entered: 05/17/2022) |
| 05/17/2022 | 🌐 138 | ☐ | Order from Circuit Court Re: Appeal on Appellate Case Number: 2001261, Dismissing. (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 05/17/2022) |
| 08/30/2020 | 🌐 137 | ☐ | BNC Certificate of Mailing. (related document(s)135 Transcript). No. of Notices: 1. Notice Date 08/30/2020. (Admin.) (Entered: 08/31/2020) |
| 08/30/2020 | 🌐 136 | ☐ | BNC Certificate of Mailing. (related document(s)134 Transcript). No. of Notices: 2. Notice Date 08/30/2020. (Admin.) (Entered: 08/31/2020) |

| 08/28/2020 | 🌐 135 | ☐ | Transcript of Hearing held on 5/22/2018 before Judge Wendelin I. Lipp. Transcript was received on 8/28/2020. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers, 84 Hearing Held (Adv)). Notice of Intent to Request Redaction Deadline Due By 9/4/2020. Redaction Request Due By 9/18/2020. Redacted Transcript Submission Due By 9/28/2020. Transcript access will be restricted through 11/30/2020. (Walston, Daniel) (Entered: 08/28/2020) |
| --- | --- | --- | --- |
| 08/28/2020 | 🌐 134 | ☐ | Transcript of Hearing held on 5/21/2018 before Judge Wendelin I. Lipp. Transcript was received on 8/28/2020. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)83 Hearing (Adv) Cont). Notice of Intent to Request Redaction Deadline Due By 9/4/2020. Redaction Request Due By 9/18/2020. Redacted Transcript Submission Due By 9/28/2020. Transcript access will be restricted through 11/30/2020. (Walston, Daniel) (Entered: 08/28/2020) |
| 03/05/2020 | 🌐 | | Notice of Docketing Record on Appeal to Court of Appeals. Civil Case Number: 20-1261 (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 03/05/2020) |
| 02/13/2020 | 🌐 133 | ☐ | Order By District Court Judge Paula Xinis, Re: Appeal on Civil Action Number: 8:19-cv-00637-PX, Appellant's Motion for Rehearing and Motion for Stay DENIED. (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers, 132 Memorandum of Decision (USDC)). (Arter, Laurie) (Entered: 02/14/2020) |
| 02/13/2020 | 🌐 132 | ☐ | US District Court Memorandum of Decision (Opinion) (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 02/14/2020) |
| 10/10/2019 | 🌐 131 | ☐ | Final Order By District Court Judge Paula Xinis, Re: Appeal on Civil Action Number: 8:19-cv-00637-PX, The Appeal is Dismissed (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 10/11/2019) |
| 07/23/2019 | 🌐 130 | ☐ | Supplemental Transmittal to District Court (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 07/23/2019) |
| 05/22/2019 | 🌐 129 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 8:19-cv-00637-PX (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 05/22/2019) |
| 05/22/2019 | 🌐 128 | | CORRECTIVE ENTRY: PLEASE DISREGARD THIS ENTRY. Transmittal of Record on Appeal to Fourth Circuit (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) Modified on 5/22/2019 (Arter, Laurie). (Entered: 05/22/2019) |

| | | | |
|---|---|---|---|
| 05/09/2019 | 🌐 127 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)126 Order on Motion To Reconsider). No. of Notices: 0. Notice Date 05/09/2019. (Admin.) (Entered: 05/10/2019) |
| 05/07/2019 | 🌐 126 | ☐ | Order Denying Motion to Reconsider (related document(s): 119 Defendant's Motion to Reconsider Order Setting Deadline for Compliance with Rule 8009(a) Filed by Defendant Gregory B Myers). The motions to reconsider filed in the United States Bankruptcy Court for the District of Delaware do not form a basis for this Court to reconsider the Orders entered in this matter. (Arter, Laurie) (Entered: 05/07/2019) |
| 04/24/2019 | 🌐 125 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Hugh M. (UST) Bernstein (related document(s)119 Motion to Reconsider filed by Defendant Gregory B Myers). (Bernstein, Hugh) (Entered: 04/24/2019) |
| 04/19/2019 | 🌐 | | Deficiency Satisfied (related document(s)119 Motion to Reconsider filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 04/19/2019) |
| 04/19/2019 | 🌐 124 | ☐ | Line Submitting Proposed Order on behalf of Gregory B Myers Filed by Gregory B Myers (related document(s)119 Motion to Reconsider filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 04/19/2019) |
| 04/14/2019 | 🌐 123 | ☐ | BNC Certificate of Mailing. (related document(s)121). No. of Notices: 0. Notice Date 04/14/2019. (Admin.) (Entered: 04/15/2019) |
| 04/13/2019 | 🌐 122 | ☐ | BNC Certificate of Mailing. (related document(s)120 Deficiency Notice). No. of Notices: 1. Notice Date 04/13/2019. (Admin.) (Entered: 04/14/2019) |
| 04/12/2019 | 🌐 121 | ☐ | Notice of returned mail to a party, Gregory B Myers (dft), in this case. (admin) (Entered: 04/12/2019) |
| 04/11/2019 | 🌐 120 | ☐ | Deficiency Notice (related document(s)119 Motion to Reconsider filed by Defendant Gregory B Myers). Cured Pleading (Proposed Order) due by 4/25/2019. (Arter, Laurie) (Entered: 04/11/2019) |
| 04/11/2019 | 🌐 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 03/29/2019 a notice RE: Order Generic TO Gregory B Myers 700 Gulf Shore Boulevard North Naples, FL 34102-5325; Mailed on 03/29/2019 a notice RE: Order on Motion To Stay Pending Appeal TO Gregory B Myers 700 Gulf Shore Boulevard North Naples, FL 34102-5325; Mailed on 03/29/2019 a notice RE: Order on Motion to Extend Time TO Gregory B Myers 700 Gulf Shore Boulevard North Naples, FL 34102-5325. (admin) (Entered: 04/11/2019) |
| 04/10/2019 | 🌐 119 | ☐ | CORRECTIVE ENTRY: PROPOSED ORDER ATTACHED. Defendant's Motion to Reconsider Order Setting Deadline for Compliance with Rule 8009(a) Filed by Gregory B Myers (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers, 113 Order Setting Deadline for Compliance with Rule 8009(a)) . (Arter, Laurie) Additional attachment(s) added on 4/19/2019 (Arter, Laurie). Modified on 4/19/2019 (Arter, Laurie). (Entered: 04/11/2019) |

| | | | |
|---|---|---|---|
| 03/29/2019 | 🌐 118 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)115 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 03/29/2019. (Admin.) (Entered: 03/30/2019) |
| 03/29/2019 | 🌐 117 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)114 Order on Motion To Stay Pending Appeal). No. of Notices: 1. Notice Date 03/29/2019. (Admin.) (Entered: 03/30/2019) |
| 03/29/2019 | 🌐 116 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)113 Order (Generic)). No. of Notices: 1. Notice Date 03/29/2019. (Admin.) (Entered: 03/30/2019) |
| 03/27/2019 | 🌐 115 | ☐ | Order Denying Motion to Extend Time (related document(s): 109 Motion for Enlargement of Time to File Appellant's Designation of the Record and Statement of Issues on Appeal filed by Defendant Gregory B Myers, 103 Notice of Appeal filed by Defendant Gregory B Myers). The motion is denied as moot. The deadline for the Defendant to file the designation of items to be included in the record on appeal and a statement of issues to be presented in the appeal has been established by the Order at Docket Entry No. 113. (Arter, Laurie). (Entered: 03/27/2019) |
| 03/27/2019 | 🌐 114 | ☐ | Order Denying Motion To Stay Pending Appeal (related document(s): 111Suggestion of Bankruptcy and Motion To Stay Pending Appeal filed by Defendant Gregory B Myers). This motion is denied as moot. The United States Bankruptcy Court for the District of Delaware granted the United States Trustee's Motion for Relief from Stay to allow the debtor's appeal to proceed. (Arter, Laurie) (Entered: 03/27/2019) |
| 03/27/2019 | 🌐 113 | ☐ | Order Setting Deadline for Compliance with Rule 8009(a) (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers, 111 Motion To Stay Pending Appeal filed by Defendant Gregory B Myers, 112 Notice of Relief From Stay to Proceed With Appeal and Request that the Court Set a Date for Defendant's Compliance With Rule 8009(a) Filed by Plaintiff US Trustee - Greenbelt). Appellant designation due on or before 14 days after entry of this Order. (Arter, Laurie) Modified on 3/27/2019 (Arter, Laurie). (Entered: 03/27/2019) |
| 03/26/2019 | 🌐 112 | ☐ | Notice of Relief From Stay to Proceed With Appeal and Request that the Court Set a Date for Defendant's Compliance With Rule 8009(a) Filed by US Trustee - Greenbelt 11 (related document(s)111 Motion To Stay Pending Appeal filed by Defendant Gregory B Myers). (Attachments: # 1 Proposed Order)(Bernstein, Hugh) (Entered: 03/26/2019) |
| 03/11/2019 | 🌐 111 | ☐ | Suggestion of Bankruptcy and Motion To Stay Pending Appeal Filed by Gregory B Myers (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers) . (Arter, Laurie) (Entered: 03/12/2019) |
| 03/11/2019 | 🌐 110 | ☐ | Certification of Ordering Transcript Filed by Gregory B Myers (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 03/12/2019) |

| | | | |
|---|---|---|---|
| 03/11/2019 | 109 | ☐ | Motion for Enlargement of Time to File Appellant's Designation of the Record and Statement of Issues on Appeal Filed by Gregory B Myers. (related document(s) 103 Notice of Appeal filed by Defendant Gregory B Myers) (Arter, Laurie). Modified on 3/12/2019 (Arter, Laurie). (Entered: 03/12/2019) |
| 03/11/2019 | | | Deficiency Satisfied (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers, 105 Deficiency Notice). (Arter, Laurie) (Entered: 03/12/2019) |
| 03/11/2019 | | | Receipt of filing fee for Appeal. Receipt Number 20107834. Fee Amount $298.00 received by AH. (admin) (Entered: 03/11/2019) |
| 03/01/2019 | 108 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)104 Notice). No. of Notices: 1. Notice Date 03/01/2019. (Admin.) (Entered: 03/02/2019) |
| 03/01/2019 | 107 | ☐ | BNC Certificate of Mailing. (related document(s)105 Deficiency Notice). No. of Notices: 1. Notice Date 03/01/2019. (Admin.) (Entered: 03/02/2019) |
| 02/28/2019 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 8:19-cv-00637-PX (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 02/28/2019) |
| 02/27/2019 | 106 | ☐ | Initial Transmittal to District Court (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Attachments: # 1 Order Entering Judgment # 2 Memorandum Opinion # 3 Docket Report) (Arter, Laurie) (Entered: 02/27/2019) |
| 02/27/2019 | 105 | ☐ | Deficiency Notice (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). Cured Pleading (Filing Fee) due by 3/13/2019. (Arter, Laurie) (Entered: 02/27/2019) |
| 02/27/2019 | 104 | ☐ | Notice of Filing of Appeal to the U.S. District Court (related document(s)103 Notice of Appeal filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 02/27/2019) |
| 02/26/2019 | 103 | ☐ | Notice of Appeal to District Court Filed by Gregory B Myers. Receipt Number FEE DUE, Fee Amount $298 (related document(s)93 Order (Generic), 94 Memorandum of Decision (Opinion)). Appellant Designation due by 3/12/2019. (Arter, Laurie) (Entered: 02/27/2019) |
| 02/26/2019 | | | Receipt of filing fee for Appeal. Receipt Number 20107659. Fee Amount $0.00 received by AH. (admin) (Entered: 02/26/2019) |
| 02/15/2019 | 102 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)101 Order on Motion To Reconsider). No. of Notices: 2. Notice Date 02/15/2019. (Admin.) (Entered: 02/16/2019) |
| 02/13/2019 | 101 | ☐ | Order Denying Motion To Reconsider (related document(s): 93 Order Entering Judgment, 94 Memorandum of Decision (Opinion), 97 Motion |

| | | | |
|---|---|---|---|
| | | | to Reconsider filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 02/13/2019) |
| 10/17/2018 | 🌐 100 | ☐ | BNC Certificate of Mailing. (related document(s)98 Deficiency Notice). No. of Notices: 1. Notice Date 10/17/2018. (Admin.) (Entered: 10/18/2018) |
| 10/17/2018 | 🌐 99 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen (related document(s)97 Motion to Reconsider filed by Defendant Gregory B Myers). (Kohen, Lynn) (Entered: 10/17/2018) |
| 10/15/2018 | 🌐 98 | ☐ | Deficiency Notice (related document(s)97 Motion to Reconsider filed by Defendant Gregory B Myers). Cured Pleading (Proposed Order) due by 10/29/2018. (Arter, Laurie) (Entered: 10/15/2018) |
| 10/12/2018 | 🌐 97 | ☐ | Motion to Reconsider Order Entering Judgment Filed by Gregory B Myers (related document(s)93 Order Entering Judgment, 94 Memorandum of Decision (Opinion)) . (Arter, Laurie) (Entered: 10/15/2018) |
| 10/03/2018 | 🌐 96 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)94 Memorandum of Decision (Opinion)). No. of Notices: 1. Notice Date 10/03/2018. (Admin.) (Entered: 10/04/2018) |
| 09/30/2018 | 🌐 95 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)93 Order (Generic)). No. of Notices: 1. Notice Date 09/30/2018. (Admin.) (Entered: 10/01/2018) |
| 09/28/2018 | 🌐 94 | ☑ | Memorandum of Decision (Opinion) (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 93 Order Entering Judgement). (Adams, Chris) (Entered: 09/28/2018) |
| 09/28/2018 | 🌐 93 | ☑ | Order Entering Judgment (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Adams, Chris) (Entered: 09/28/2018) |
| 07/27/2018 | 🌐 92 | ☐ | BNC Certificate of Mailing. (related document(s)91 Transcript). No. of Notices: 2. Notice Date 07/27/2018. (Admin.) (Entered: 07/28/2018) |
| 07/25/2018 | 🌐 91 | ☐ | Transcript of Hearing held on 5/21/2018 before Judge Wendelin I Lipp. Transcript was received on 7/24/2018. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). Notice of Intent to Request Redaction Deadline Due By 8/1/2018. Redaction Request Due By 8/15/2018. Redacted Transcript Submission Due By 8/27/2018. Transcript access will be restricted through 10/23/2018. (Walston, Daniel) (Entered: 07/25/2018) |

| | | | |
|---|---|---|---|
| 06/26/2018 | 90 | ☐ | Letter Order Re: Dismissing Appeals By District Court Judge Paula Xinis, Re: Appeal on Civil Action Number: 18-cv-1417 - PX and 18-cv01630-PX , Dismissing Appeals(related document(s)64 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert). Related document(s) 66 Notice of Appeal filed by Defendant Gregory B Myers. Modified on 7/23/2018 (Hegerle, Robert). (Entered: 07/23/2018) |
| 06/05/2018 | 89 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 18-cv-01630-PX (related document(s)66 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 06/05/2018) |
| 06/05/2018 | | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 18-cv-01630-PX (related document(s)66 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 06/05/2018) |
| 06/03/2018 | 88 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)86 Order (Generic)). No. of Notices: 1. Notice Date 06/03/2018. (Admin.) (Entered: 06/04/2018) |
| 06/01/2018 | 87 | ☐ | Supplemental Transmittal to District Court (related document(s)58 Hearing Held (Adv), 66 Notice of Appeal filed by Defendant Gregory B Myers, 86 Order (Generic)). (Hegerle, Robert) (Entered: 06/01/2018) |
| 06/01/2018 | 86 | ☐ | Order Denying Defendant's Oral Motion to Stay Adversary Proceeding Pending Appeal Re: (related document(s)58 Hearing Held (Adv), 66 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 06/01/2018) |
| 05/31/2018 | 85 | ☐ | Transmittal of Record on Appeal to District Court. District Court Number: 18-cv-01417-PX (related document(s)64 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 05/31/2018) |
| 05/22/2018 | 84 | ☐ | TRIAL HELD(related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). MATTER HAS BEEN TAKEN UNDER ADVISEMENT. (Ward, Sophia) (Entered: 05/24/2018) |
| 05/21/2018 | 83 | ☐ | TRIAL HELD AND CONTINUED (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). Trial date set for 5/22/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Ward, Sophia) (Entered: 05/21/2018) |
| 05/18/2018 | 82 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)77 Order on Motion to Continue/Reschedule Hearing). No. of Notices: 1. Notice Date 05/18/2018. (Admin.) (Entered: 05/19/2018) |
| 05/18/2018 | 81 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)76 Order on Motion To Quash). No. of Notices: 1. Notice Date 05/18/2018. (Admin.) (Entered: 05/19/2018) |

| | | | |
|---|---|---|---|
| 05/18/2018 | 🌐 80 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)75 Order on Motion To Quash). No. of Notices: 1. Notice Date 05/18/2018. (Admin.) (Entered: 05/19/2018) |
| 05/17/2018 | 🌐 | | Notice of Docketing Record on Appeal to District Court. Civil Case Number: 18- cv-01417 (related document(s)64 Notice of Appeal filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 05/17/2018) |
| 05/16/2018 | 🌐 79 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)68 Notice). No. of Notices: 1. Notice Date 05/16/2018. (Admin.) (Entered: 05/17/2018) |
| 05/16/2018 | 🌐 78 | ☐ | BNC Certificate of Mailing. (related document(s)67 Deficiency Notice). No. of Notices: 1. Notice Date 05/16/2018. (Admin.) (Entered: 05/17/2018) |
| 05/16/2018 | 🌐 77 | ☐ | Order Denying 65 Motion for Order Continuing Trial Currently Scheduled for May 21-22, 2018 filed by Defendant Gregory B Myers, 1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers. (Alexander, Lisa) (Entered: 05/16/2018) |
| 05/16/2018 | 🌐 76 | ☐ | Order Denying 62 Motion to Quash Subpoena of Steven Goldberg, ESQ., and Motion in Limine for Order Protecting From Same filed by Defendant Gregory B Myers. (Alexander, Lisa) (Entered: 05/16/2018) |
| 05/16/2018 | 🌐 75 | ☐ | Order Denying 61 Motion to Quash Subpoena of Jeffrey Orenstein, ESQ.,and Motion in Limine For Order Protecting from Same filed by Defendant Gregory B Myers. (Alexander, Lisa) (Entered: 05/16/2018) |
| 05/15/2018 | 🌐 74 | ☐ | Supplemental Transmittal to District Court to Include Pending Cases RE: 66 Notice of Appeal filed by Defendant Gregory B Myers). (Attachments: # 1 Proceeding Memo being appealed # 2 docket sheet) (Alexander, Lisa) (Entered: 05/15/2018) |
| 05/15/2018 | 🌐 73 | ☐ | Supplemental Transmittal to District Court to Include Pending Cases RE: 64 Notice of Appeal filed by Defendant Gregory B Myers). (Attachments: # 1 order being appealed # 2 docket sheet) (Alexander, Lisa) (Entered: 05/15/2018) |
| 05/15/2018 | 🌐 72 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen (related document(s)65 Motion to Continue/Reschedule Hearing filed by Defendant Gregory B Myers). (Kohen, Lynn) (Entered: 05/15/2018) |
| 05/15/2018 | 🌐 71 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen (related document(s)62 Motion to Quash filed by Defendant Gregory B Myers). (Kohen, Lynn) (Entered: 05/15/2018) |
| 05/15/2018 | 🌐 70 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen (related document(s)61 Motion to Quash filed by Defendant Gregory B Myers). (Kohen, Lynn) (Entered: 05/15/2018) |

| | | | |
|---|---|---|---|
| 05/14/2018 | 🌐 | | Receipt of filing fee for Appeal.* Receipt Number 20103899, Fee Amount $0.00 (related document(s)66 Notice of Appeal filed by Defendant Gregory B Myers). (Harris, Asia) Modified on 5/25/2018 (Grant, Kelly). (Entered: 05/25/2018) |
| 05/14/2018 | 🌐 | | Receipt of filing fee for Appeal* Receipt Number 20103900, Fee Amount $0.00 (related document(s)64 Notice of Appeal filed by Defendant Gregory B Myers). (Harris, Asia) Modified on 5/25/2018 (Grant, Kelly). (Entered: 05/25/2018) |
| 05/14/2018 | 🌐 69 | ☐ | Initial Transmittal to District Court RE: 64 and 66 Notices of Appeal filed by Defendant Gregory B Myers. (Attachments: # 1 order being appealed # 2 proceeding memo being appealed # 3 docket sheet) (Alexander, Lisa) (Entered: 05/14/2018) |
| 05/14/2018 | 🌐 68 | ☐ | Notice of Filing of Appeal To the U.S. District Court RE: 64 and 66 Notices of Appeal filed by Defendant Gregory B Myers. (Alexander, Lisa) (Entered: 05/14/2018) |
| 05/14/2018 | 🌐 67 | ☐ | Deficiency Notice RE: 64 and 66 Notices of Appeal filed by Defendant Gregory B Myers; Cured Pleading (filing fee) due by 5/29/2018. (Alexander, Lisa) (Entered: 05/14/2018) |
| 05/11/2018 | 🌐 66 | ☐ | Notice of Appeal to District Court Filed by Gregory B Myers. Receipt Number not paid, Fee Amount $298 (related document(s)58 Hearing Held (Adv)). Appellant Designation due by 5/25/2018. (Alexander, Lisa). Related document(s) 86 Order Denying Defendant's Oral Motion to Stay Adversary Proceeding Pending Appeal. Modified on 6/4/2018 (Hegerle, Robert). (Entered: 05/14/2018) |
| 05/11/2018 | 🌐 65 | ☐ | Motion for Order Continuing Trial Currently Scheduled for May 21-22, 2018 RE: 1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers. (Alexander, Lisa) (Entered: 05/14/2018) |
| 05/11/2018 | 🌐 64 | ☐ | Notice of Appeal to District Court Filed by Gregory B Myers. Receipt Number no fee paid, Fee Amount $298 (related document(s)59 Order on Motion for Miscellaneous Relief). Appellant Designation due by 5/25/2018. (Alexander, Lisa) (Entered: 05/14/2018) |
| 05/10/2018 | 🌐 63 | ☐ | Order Striking The Appearance Of Leander D. Barnhill As Counsel To The United States Trustee In Multiple Cases. (Brown, Calton) (Entered: 05/11/2018) |
| 05/08/2018 | 🌐 62 | ☐ | Motion to Quash Subpoena of Steven Goldberg, ESQ., and Motion in Limine for Order Protecting From Same. Filed by Gregory B Myers (related document(s)43 Line filed by Plaintiff US Trustee - Greenbelt) . (Attachments: # 1 Exhibit C with Proposed Order) (Hegerle, Robert) Additional attachment(s) added on 5/9/2018 (Hegerle, Robert). (Entered: 05/09/2018) |
| 05/08/2018 | 🌐 61 | ☐ | Motion to Quash Subpoena of Jeffrey Orenstein, ESQ.,and Motion in Limine For Order Protecting from Same Filed by Gregory B Myers (related document(s)39 Line filed by Plaintiff US Trustee - Greenbelt) . |

| | | | |
|---|---|---|---|
| | | | (Hegerle, Robert) Additional attachment(s) added on 5/9/2018 (Hegerle, Robert). (Entered: 05/09/2018) |
| 05/03/2018 | 60 | | BNC Certificate of Mailing - PDF Document. (related document(s)59 Order on Motion for Miscellaneous Relief). No. of Notices: 1. Notice Date 05/03/2018. (Admin.) (Entered: 05/04/2018) |
| 05/01/2018 | 59 | | Order Granting United States Trustee's Motion in Limine (related document(s):45 Motion in Limine Filed by US Trustee - Greenbelt 11 (Hegerle, Robert) (Entered: 05/01/2018) |
| 04/30/2018 | 58 | | FINAL PRETRIAL CONFERENCE HELD (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). #45 GRANTED, U.S. TRUSTEE UPLOADED ORDER WITH MOTION. (Ward, Sophia) (Entered: 04/30/2018) |
| 04/23/2018 | 57 | | Defendant's Pre-Trial Statement on behalf of Gregory B Myers Filed by Gregory B Myers . (Hegerle, Robert) (Entered: 04/24/2018) |
| 04/23/2018 | 56 | | Pre-Trial Memoranda on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen. (Kohen, Lynn) (Entered: 04/23/2018) |
| 04/20/2018 | 55 | | BNC Certificate of Mailing - PDF Document. (related document(s)52 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/20/2018. (Admin.) (Entered: 04/21/2018) |
| 04/19/2018 | 54 | | BNC Certificate of Mailing - PDF Document. (related document(s)50 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/19/2018. (Admin.) (Entered: 04/20/2018) |
| 04/19/2018 | 53 | | Defendant's Amended Exhibit List Filed by Gregory B Myers (related document(s)9 Answer to Complaint filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 04/19/2018) |
| 04/18/2018 | | | Other Deadlines Updated (related document(s)52 Order on Motion to Extend Time). Exhibit List, Exhibits, and List of Witnesses due by 4/18/2018. (Hegerle, Robert) (Entered: 04/18/2018) |
| 04/18/2018 | 52 | | Order Granting Motion to Extend Time to File Exhibits (related document(s):51 Motion to Extend Time filed by Defendant Gregory B Myers). Deadline Extended to: April 18, 2018. (Hegerle, Robert) (Entered: 04/18/2018) |
| 04/18/2018 | 51 | | Motion for Extension of Time to File Exhibits Filed by Gregory B Myers . (Hegerle, Robert) (Entered: 04/18/2018) |
| 04/17/2018 | | | Other Deadlines Updated (related document(s)50 Order on Motion to Extend Time). Exhibits due by 4/17/2018. (Hegerle, Robert) (Entered: 04/17/2018) |
| 04/17/2018 | 50 | | Order Granting Motion to Extend Time to File Exhibits (related document(s):49 Motion to Extend Time to File Exhibits Filed by Gregory |

| | | | |
|---|---|---|---|
| | | | B Myers . (Hegerle, Robert) (Entered: 04/17/2018) |
| 04/16/2018 | 49 | ☐ | Motion to Extend Time to File Exhibits Filed by Gregory B Myers . (Hegerle, Robert) (Entered: 04/17/2018) |
| 04/16/2018 | 48 | ☐ | Defendant's Witness List Filed by Gregory B Myers (related document(s)9 Answer to Complaint filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 04/17/2018) |
| 04/16/2018 | 47 | ☐ | Defendant's Exhibit List Filed by Gregory B Myers (related document(s)9 Answer to Complaint filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 04/17/2018) |
| 04/13/2018 | 46 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)44 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 04/13/2018. (Admin.) (Entered: 04/14/2018) |
| 04/12/2018 | 45 | ☐ | Motion in Limine Filed by US Trustee - Greenbelt 11. (Attachments: # 1 Exhibit 1 - Touhy Regulations # 2 Proposed Order) (Bernstein, Hugh) (Entered: 04/12/2018) |
| 04/11/2018 | ● | | Other Deadlines Updated (related document(s)9 Answer to Complaint filed by Defendant Gregory B Myers). Exhibit List, Exhibits, and List of Witnesses due by 4/16/2018. Pre-Trial Memoranda due by 8/9/2018. (Hegerle, Robert) (Entered: 04/11/2018) |
| 04/11/2018 | 44 | ☐ | Order Granting Motion to Extend Time to File Exhibit and Witness List(related document(s):42 Motion to Extend Time to File Exhibits and Witnesses Lists Filed by Gregory B Myers. Deadline Extended to April 16, 2018. (Hegerle, Robert) (Entered: 04/11/2018) |
| 04/10/2018 | 43 | ☐ | Line filing Subpoena for Steven Goldberg Filed by Lynn A. Kohen. (Kohen, Lynn) (Entered: 04/10/2018) |
| 04/09/2018 | 42 | ☐ | Motion to Extend Time to File Exhibits and Witnesses Lists Filed by Gregory B Myers . (Hegerle, Robert) (Entered: 04/10/2018) |
| 04/09/2018 | 41 | ☐ | Exhibit/Witness List Witness List Filed by Lynn A. Kohen (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Kohen, Lynn) (Entered: 04/09/2018) |
| 04/09/2018 | 40 | ☐ | Exhibit/Witness List Exhibit List Filed by Lynn A. Kohen (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Kohen, Lynn) (Entered: 04/09/2018) |
| 03/23/2018 | 39 | ☐ | Line filing trial subpoena for Jeff Orenstein Filed by Lynn A. Kohen. (Kohen, Lynn) (Entered: 03/23/2018) |
| 03/01/2018 | 38 | ☐ | Status Letter/Report Filed by Lynn A. Kohen. (Kohen, Lynn) (Entered: 03/01/2018) |
| 01/21/2018 | 37 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)36 Order on Motion To Reconsider). No. of Notices: 1. Notice Date |

| | | | |
|---|---|---|---|
| | | | 01/21/2018. (Admin.) (Entered: 01/22/2018) |
| 01/19/2018 | 🌐 36 | ☐ | Order Denying Debtor's Motion to Reconsider (related document(s): 30 Order on Motion to Compel, 32 Motion to Reconsider filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 01/19/2018) |
| 01/08/2018 | 🌐 35 | ☐ | Opposition on behalf of US Trustee - Greenbelt 11 Filed by Lynn A. Kohen (related document(s)32 Motion to Reconsider filed by Defendant Gregory B Myers). (Kohen, Lynn) (Entered: 01/08/2018) |
| 12/31/2017 | 🌐 34 | ☐ | BNC Certificate of Mailing. (related document(s)33 Deficiency Notice). No. of Notices: 1. Notice Date 12/31/2017. (Admin.) (Entered: 01/01/2018) |
| 12/29/2017 | 🌐 33 | ☐ | Deficiency Notice (related document(s)32 Motion to Reconsider filed by Defendant Gregory B Myers). Cured Pleading (Proposed Order) due by 1/12/2018. (Arter, Laurie) (Entered: 12/29/2017) |
| 12/28/2017 | 🌐 32 | ☐ | Motion to Reconsider Filed by Gregory B Myers (related document(s)30 Order on Motion to Compel) . (Arter, Laurie) (Entered: 12/29/2017) |
| 12/16/2017 | 🌐 31 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)30 Order on Motion to Compel). No. of Notices: 2. Notice Date 12/16/2017. (Admin.) (Entered: 12/17/2017) |
| 12/14/2017 | 🌐 30 | ☐ | Order Granting Motion to Compel Further Responses to Interrogatories and Request for Production of Documents (related document(s): 26 Motion to Compel Amended Responses to Interrogatories and Request for Production of Documents Filed by Plaintiff US Trustee - Greenbelt). (Arter, Laurie) (Entered: 12/14/2017) |
| 11/27/2017 | 🌐 29 | ☐ | Certificate of Service in Compliance with Order Granting Motion to Restrict Public Access to Document No. [26-6] and Directing the Filing of Redacted Replacement Document Filed by US Trustee - Greenbelt 11 (related document(s)28 Order on Motion to Restrict Public Access and to Redact). (Kohen, Lynn) Modified on 11/27/2017 (Arter, Laurie). (Entered: 11/27/2017) |
| 11/22/2017 | 🌐 28 | ☐ | Order Granting Motion to Restrict Public Access to Document No. [26-6] and Directing the Filing of Redacted Replacement Document(s) (related document(s): 26 Motion to Compel filed by Plaintiff US Trustee - Greenbelt, 27 Motion to Redact and Restrict Public Access filed by Plaintiff US Trustee - Greenbelt). (Arter, Laurie) (Entered: 11/22/2017) |
| 11/21/2017 | 🌐 27 | ☐ | Motion to Restrict Public Access and to Redact Exhibit 5 (Dkt. 26-6) Filed by US Trustee - Greenbelt 11 (related document(s)26 Motion to Compel filed by Plaintiff US Trustee - Greenbelt). (Attachments: # 1 Exhibit) (Kohen, Lynn) (Entered: 11/21/2017) |
| 11/21/2017 | 🌐 26 | ☐ | Motion to Compel Amended Responses to Interrogatories and Request for Production of Documents Filed by US Trustee - Greenbelt 11. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit) (Kohen, Lynn) CLERK'S NOTE: EXHIBIT RESTRICTED PER 28; REDACTED EXHIBIT ATTACHED. |

| | | | |
|---|---|---|---|
| | | | Additional attachment(s) added on 11/22/2017 (Arter, Laurie). Modified on 11/22/2017 (Arter, Laurie). (Entered: 11/21/2017) |
| 10/31/2017 | 25 | ☐ | Defendant's Initial Rule 26 Disclosures Filed by Gregory B Myers (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Arter, Laurie) (Entered: 11/01/2017) |
| 10/25/2017 | 24 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)23 Order on Motion to Extend Time). No. of Notices: 1. Notice Date 10/25/2017. (Admin.) (Entered: 10/26/2017) |
| 10/23/2017 | 23 | ☐ | Order Granting Motion to Extend Time to File Rule 26(a) Disclosures (related document(s): 22 Motion to Extend Time to File Rule 26(a) Disclosures Filed by Defendant Gregory B Myers). (Arter, Laurie) (Entered: 10/23/2017) |
| 10/23/2017 | 22 | ☐ | Motion to Extend Time to File Rule 26(a) Disclosures Filed by Gregory B Myers . (Arter, Laurie) (Entered: 10/23/2017) |
| 10/19/2017 | 21 | ☐ | General Provisions Governing Discovery United States Trustee's Rule 26(a) Disclosures Filed by Lynn A. Kohen. (Kohen, Lynn) (Entered: 10/19/2017) |
| 09/16/2017 | 20 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)19 Scheduling Order). No. of Notices: 1. Notice Date 09/16/2017. (Admin.) (Entered: 09/17/2017) |
| 09/14/2017 | 19 | ☐ | Amended Scheduling Order (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). Expert Witness and Reports due by 1/30/2018. Discovery due by 3/1/2018. Dispositive Motions due by 3/15/2018. Status Letters due by 3/1/2018. Rule 26(a) disclosures are to be filed by 10/20/2017. Exhibit List, Exhibits, and List of Witnesses due by 4/9/2018. Written Objections to Exhibits due by 4/23/2018. Pre-Trial Conference set for 4/30/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. Pre-Trial Memoranda due by 4/23/2018. Trial date set for 5/21/2018 and 5/22/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Arter, Laurie) (Entered: 09/14/2017) |
| 09/12/2017 | 18 | ☐ | Interrogatories Filed by US Trustee - Greenbelt 11. (Kohen, Lynn) Modified on 9/13/2017 (Arter, Laurie). (Entered: 09/12/2017) |
| 09/01/2017 | 17 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)15 Scheduling Order). No. of Notices: 1. Notice Date 09/01/2017. (Admin.) (Entered: 09/02/2017) |
| 09/01/2017 | 16 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)14 Order on Motion for Default Judgment). No. of Notices: 2. Notice Date 09/01/2017. (Admin.) (Entered: 09/02/2017) |

| | | | |
|---|---|---|---|
| 08/30/2017 | | | Trial Set On (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). Trial date set for 5/22/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Arter, Laurie) (Entered: 08/30/2017) |
| 08/30/2017 | 15 | | Scheduling Order (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers). Expert Witness and Reports due by 1/30/2018. Discovery due by 3/1/2018. Dispositive Motions due by 3/15/2018. Status Letters due by 3/1/2018. Exhibit List, Exhibits, and List of Witnesses due by 4/9/2018. Written Objections to Exhibits due by 4/23/2018. Pre-Trial Conference set for 4/30/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. Pre-Trial Memoranda due by 4/23/2018. Trial date set for 5/21/2018 and 5/22/2018 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Arter, Laurie) (Entered: 08/30/2017) |
| 08/30/2017 | 14 | | Order Denying Motion For Default Judgment (related document(s): 7 Motion for Default Judgment filed by Plaintiff US Trustee - Greenbelt). Answer has been filed. (Arter, Laurie) (Entered: 08/30/2017) |
| 08/29/2017 | 13 | | PRETRIAL CONFERENCE (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt, 7 Motion for Default Judgment filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers, 10 Response filed by Defendant Gregory B Myers). (Ward, Sophia) Modified on 8/29/2017 SCHEDULING ORDER TO BE ISSUED. (Ward, Sophia). (Entered: 08/29/2017) |
| 08/10/2017 | 12 | | BNC Certificate of Mailing - Hearing. (related document(s)11 Notice of Hearing). No. of Notices: 1. Notice Date 08/10/2017. (Admin.) (Entered: 08/11/2017) |
| 08/08/2017 | 11 | | Notice of Hearing (related document(s)7 Motion for Default Judgment filed by Plaintiff US Trustee - Greenbelt, 10 Response filed by Defendant Gregory B Myers). Hearing scheduled for 8/29/2017 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Hegerle, Robert) (Entered: 08/08/2017) |
| 07/11/2017 | 10 | | Response Filed by Gregory B Myers RE: 7 Motion for Default Judgment filed by Plaintiff US Trustee - Greenbelt. (Alexander, Lisa) (Entered: 07/11/2017) |
| 07/11/2017 | | | Hearing Set On 1 Complaint filed by Plaintiff US Trustee - Greenbelt, 9 Answer to Complaint filed by Defendant Gregory B Myers; Pre-Trial Conference set for 8/29/2017 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Alexander, Lisa) (Entered: 07/11/2017) |
| 07/11/2017 | 9 | | Answer to Complaint Filed by Gregory B Myers. (Alexander, Lisa) (Entered: 07/11/2017) |
| 07/07/2017 | 8 | | BNC Certificate of Mailing. (related document(s)6 Clerk's Entry of Default filed by Defendant Gregory B Myers). No. of Notices: 1. Notice Date 07/07/2017. (Admin.) (Entered: 07/08/2017) |

| | | | |
|---|---|---|---|
| 07/05/2017 | 7 | ☐ | Motion for Default Judgment Filed by US Trustee - Greenbelt 11 (related document(s) 1 Complaint filed by Plaintiff US Trustee - Greenbelt, 6 Clerk's Entry of Default filed by Defendant Gregory B Myers). (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Exhibit) (Kohen, Lynn). Modified on 7/6/2017 (Arter, Laurie). (Entered: 07/05/2017) |
| 07/05/2017 | 6 | ☐ | Clerk's Entry of Default as to Defendant Gregory B Myers (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Arter, Laurie) (Entered: 07/05/2017) |
| 07/03/2017 | 5 | ☐ | Line Requesting Entry of Default Filed by Lynn A. Kohen (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). (Kohen, Lynn). Modified on 7/5/2017 (Arter, Laurie). (Entered: 07/03/2017) |
| 05/24/2017 | 4 | ☐ | BNC Certificate of Mailing. (related document(s)2 Summons Issued). No. of Notices: 0. Notice Date 05/24/2017. (Admin.) (Entered: 05/25/2017) |
| 05/23/2017 | 3 | ☐ | Affidavit of Summons Service Executed on Gregory B Myers 5/23/2017. (Kohen, Lynn) (Entered: 05/23/2017) |
| 05/22/2017 | 2 | ☐ | Summons Issued on Gregory B Myers Date Issued 5/22/2017, Answer Due 6/21/2017 (related document(s)1 Complaint filed by Plaintiff US Trustee - Greenbelt). Pre-Trial Conference set for 8/29/2017 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Ward, Sophia) (Entered: 05/22/2017) |
| 05/18/2017 | 1 | ☐ | Adversary case 17-00193. (41 (Objection / revocation of discharge - 727(c),(d),(e))) Complaint by Leander D. Barnhill, Lynn A. Kohen on behalf of US Trustee - Greenbelt 11 against Gregory B Myers. The filing fee is EXEMPT - Filed on behalf of the United States. (Attachments: # 1 Exhibit) (Kohen, Lynn) (Entered: 05/18/2017) |

[View Selected]

or

[Download Selected]