**DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
### Adversary Proceeding #: 18-00407

| | |
|---|---|
| *Assigned to:* Judge Wendelin I. Lipp | *Date Filed:* 10/29/18 |
| *Lead BK Case:* 15-26033 | *Date Terminated:* 02/14/19 |
| *Lead BK Title:* Gregory B Myers | *Date Dismissed:* 01/30/19 |
| *Lead BK Chapter:* 7 | *Case Administrator :*  Laurie Arter |
| *Demand:* | *Team Phone:*    301-344-3965 |

*Nature[s] of Suit:*  91 Declaratory judgment

## Plaintiff
-----------------------

**6789 Goldsboro, LLC**                          represented by **Gregory P. Johnson**
4800 Montgomery Lane                                             Offit Kurman, P.A.
9th Floor                                                        8171 Maple Lawn Blvd
Bethesda, MD 20814                                               Suite 200
2405071700                                                       Fulton, MD 20759
Fax : 2405071735                                                 301-575-0336
Email: epelletier@offitkurman.com                                Fax : 301-575-0335
                                                                 Email: gjohnson@offitkurman.com

                                                                 **Stephen A. Metz**
                                                                 Offit Kurman, PA
                                                                 7501 Wisconsin Avenue, Suite 1000W
                                                                 Bethesda, MD 20814
                                                                 (240) 507-1723
                                                                 Fax : (240) 507-1735
                                                                 Email: smetz@offitkurman.com
                                                                 *LEAD ATTORNEY*

                                                                 **Eric Pelletier**
                                                                 Offit Kurman, PA
                                                                 7501 Wisconsin Avenue
                                                                 Suite 1000W
                                                                 Bethesda, MD 20814
                                                                 240-507-1739
                                                                 Email: epelletier@offitkurman.com

                                                                 **Frances Charlotte Wilburn**
                                                                 Offit Kurman
                                                                 4800 Montgomery Lane
                                                                 9th Floor
                                                                 Bethesda, MD 20814
                                                                 240-507-1712

Email: fwilburn@offitkurman.com
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------
**Gregory B Myers**
700 Gulf Shore Boulevard North
Naples, FL 34102
SSN / ITIN: xxx-xx-0074

represented by **Gregory B Myers**
PRO SE

**Defendant**
-----------------------
**Serv Trust**
Roger Charles Simmons
Gordon & Simmons, LLC
1050 Key Parkway, Suite 101
Frederick, MD 21702

represented by **Roger Charles Simmons**
Gordon & Simmons, LLC
1050 Key Parkway
Suite 101
Frederick, MD 21702
301-662-9122
Fax : 301-698-0392
Email: rsimmons@gordonsimmons.com

**Defendant**
-----------------------
**Roger Schlossberg**
18421 Henson Boulevard
Suite 201
Hagerstown, MD 21472

represented by **Frank J. Mastro**
Schlossberg Mastro & Scanlan
P.O. Box 2067
Hagerstown, MD 21742-2067
301-739-8610
Fax : 301-791-6302
Email: fmastro@schlosslaw.com

| Case Related Information | | | |
|---|---|---|---|
| Associated Cases | No Claims | Related Transactions | Select a Sub-Docket ▼  View  ☐ show related transactions |
| Pending Matters | No Pending Deadlines | No Pending Hearings | Key Dates |
| EOrders: No Activity  No Signed | Party | Case Opening Fees  All Fees | |

| Filing Date | # | Select all / clear | Docket Text |
|---|---|---|---|
| 02/14/2019 | 🌑 | | Adversary Case 0:18-ap-407 Closed. (Arter, Laurie) (Entered: 02/14/2019) |
| 02/01/2019 | 🌑 29 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)28 Order Dismissing Adversary Proceeding). No. of Notices: 4. Notice Date 02/01/2019. (Admin.) (Entered: 02/02/2019) |
| 01/30/2019 | 🌑 28 | ☑ | Order of Abstention (related document(s) 1 Adversary case 18-00407. (91 (Declaratory judgment)) Complaint by Frances Charlotte Wilburn, Eric Pelletier, Stephen A. Metz on behalf of 6789 Goldsboro, LLC against Gregory B Myers, Serv Trust, Roger Schlossberg). (Arter, Laurie) (Entered: 01/30/2019) |
| 01/18/2019 | 🌑 27 | ☐ | Opposition on behalf of Serv Trust Filed by Roger Charles Simmons (related document(s)4 Motion To Stay filed by Plaintiff 6789 Goldsboro, LLC). (Simmons, Roger) (Entered: 01/18/2019) |
| 01/15/2019 | 🌑 26 | ☐ | Opposition on behalf of Gregory B Myers Filed by Gregory B Myers (related document(s)4 Motion for Order to Determine that Automatic Stay Applies to Civil Actions Involving Serv Trust filed by Plaintiff 6789 Goldsboro, LLC). Hearing scheduled for 2/11/2019 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Arter, Laurie) (Entered: 01/16/2019) |
| 12/28/2018 | 🌑 25 | ☐ | Opposition on behalf of Serv Trust Filed by Roger Charles Simmons (related document(s)22 Motion for Miscellaneous Relief filed by Plaintiff 6789 Goldsboro, LLC). (Attachments: # 1 Proposed Order Opposition to Motion for Derivative Standing) (Simmons, Roger) (Entered: 12/28/2018) |
| 12/27/2018 | 🌑 24 | ☐ | Opposition on behalf of Gregory B Myers Filed by Gregory B Myers (related document(s)22 Motion for Derivative Standing to Pursue Complaint for Declaratory Judgment Nunc Pro Tunc Filed by 6789 Goldsboro, LLC Filed by Plaintiff 6789 Goldsboro, LLC). (Arter, Laurie) (Entered: 12/28/2018) |
| 12/14/2018 | 🌑 23 | ☐ | Opposition on behalf of 6789 Goldsboro, LLC Filed by Eric Pelletier (related document(s)15 Motion to Dismiss Adversary Proceeding filed by Defendant Serv Trust, 17 Motion to Dismiss Adversary Proceeding filed by Defendant Gregory B Myers). (Pelletier, Eric) (Entered: 12/14/2018) |
| 12/14/2018 | 🌑 22 | ☐ | Motion for Derivative Standing to Pursue Complaint for Declaratory Judgment Nunc Pro Tunc Filed by 6789 Goldsboro, LLC. (Attachments: # 1 Exhibit "1" Trustee Consent to Derivative Standing # 2 Proposed Order) (Johnson, Gregory) (Entered: 12/14/2018) |

| | | | |
|---|---|---|---|
| 12/13/2018 | 🌐 21 | ☐ | Line with Proposed Order on behalf of Gregory B Myers Filed by Gregory B Myers (related document(s)17 Motion to Dismiss Adversary Proceeding filed by Defendant Gregory B Myers). (Hegerle, Robert) (Entered: 12/14/2018) |
| 12/05/2018 | 🌐 20 | ☐ | BNC Certificate of Mailing. (related document(s)18 Deficiency Notice). No. of Notices: 1. Notice Date 12/05/2018. (Admin.) (Entered: 12/06/2018) |
| 12/03/2018 | 🌐 19 | ☐ | Answer to Complaint Filed by Roger Schlossberg. (Mastro, Frank) (Entered: 12/03/2018) |
| 12/03/2018 | 🌐 18 | ☐ | Deficiency Notice (related document(s)17 Motion to Dismiss Adversary Proceeding filed by Defendant Gregory B Myers). Cured Pleading (Proposed Order) due by 12/17/2018. (Arter, Laurie) (Entered: 12/03/2018) |
| 12/01/2018 | 🌐 16 | ☐ | BNC Certificate of Mailing - Hearing. (related document(s)13 Notice of Hearing). No. of Notices: 3. Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |
| 11/30/2018 | 🌐 17 | ☐ | Motion to Dismiss Adversary Proceeding Filed by Gregory B Myers . (Arter, Laurie) Additional attachment(s) added on 12/14/2018 (Hegerle, Robert). (Entered: 12/03/2018) |
| 11/30/2018 | 🌐 15 | ☐ | Motion to Dismiss Adversary Proceeding Defendant Serv Trust's Motion to Dismiss Complaint for Declaratory Judgment, and Request for Hearing Filed by Serv Trust. (Attachments: # 1 Proposed Order) (Simmons, Roger) (Entered: 11/30/2018) |
| 11/30/2018 | 🌐 14 | ☐ | Notice of Appearance and Request for Notice Filed by Serv Trust. (Simmons, Roger) (Entered: 11/30/2018) |
| 11/29/2018 | 🌐 13 | ☐ | Notice of Hearing (related document(s)4 Motion To Stay Filed by Plaintiff 6789 Goldsboro, LLC). Hearing scheduled for 2/11/2019 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Arter, Laurie) (Entered: 11/29/2018) |
| 11/07/2018 | 🌐 12 | ☐ | BNC Certificate of Mailing - PDF Document. (related document(s)11 Order on Motion to Shorten Time). No. of Notices: 3. Notice Date 11/07/2018. (Admin.) (Entered: 11/08/2018) |
| 11/05/2018 | 🌐 11 | ☐ | Order Denying Motion to Shorten Time (related document(s): 4 Motion To Stay filed by Plaintiff 6789 Goldsboro, LLC, 5 Motion to Shorten Time to Respond to Motion to Stay Civil Proceedings per 11 USC 362 Filed by Plaintiff 6789 Goldsboro, LLC). Insufficient Cause to Shorten the Time to Respond. (Arter, Laurie) (Entered: 11/05/2018) |
| 11/03/2018 | 🌐 10 | ☐ | BNC Certificate of Mailing. (related document(s)8 Summons Issued). No. of Notices: 1. Notice Date 11/03/2018. (Admin.) (Entered: 11/04/2018) |

| | | | |
|---|---|---|---|
| 11/02/2018 | 9 | ☐ | Affidavit of Summons Service Executed on Gregory B Myers 11/2/2018 c/o Roger Simmons, Esq.. (Pelletier, Eric) (Entered: 11/02/2018) |
| 11/01/2018 | 8 | ☐ | Summons Issued on Gregory B Myers Date Issued 11/1/2018, Answer Due 12/3/2018; Roger Schlossberg Date Issued 11/1/2018, Answer Due 12/3/2018; Serv Trust Date Issued 11/1/2018, Answer Due 12/3/2018 (related document(s)1 Complaint filed by Plaintiff 6789 Goldsboro, LLC). Pre-Trial Conference set for 2/11/2019 at 10:00 AM at Courtroom 3-C, Greenbelt - Judge Lipp. (Ward, Sophia) (Entered: 11/01/2018) |
| 10/31/2018 | 7 | ☐ | Amended Affidavit of Summons Service Executed on Serv Trust 10/31/2018. (related document(s) 1 Complaint filed by Plaintiff 6789 Goldsboro, LLC, 3 Certificate of Service filed by Plaintiff 6789 Goldsboro, LLC, 4 Motion To Stay Civil Proceedings per 11 USC 362 filed by Plaintiff 6789 Goldsboro, LLC, 5 Motion to Shorten Time to Respond to Motion to Stay Civil Proceedings per 11 USC 362 filed by Plaintiff 6789 Goldsboro, LLC) (Pelletier, Eric). Modified on 10/31/2018 (Arter, Laurie). (Entered: 10/31/2018) |
| 10/30/2018 | 6 | ☐ | CORRECTIVE ENTRY: PLEASE DISREGARD THIS ENTRY; ENTRY DOCKETED IN ERROR. SEE 3 FOR CORRECT CERTIFICATE OF SERVICE. Amended Affidavit of Summons Service Executed on Gregory B Myers 10/30/2018; Roger Schlossberg 10/30/2018; Serv Trust 10/30/2018. (Arter, Laurie) Modified on 10/31/2018 (Arter, Laurie). (Entered: 10/31/2018) |
| 10/30/2018 | 5 | ☐ | Motion to Shorten Time to Respond to Motion to Stay Civil Proceedings per 11 USC 362 Filed by 6789 Goldsboro, LLC (related document(s)4 Motion To Stay filed by Plaintiff 6789 Goldsboro, LLC). (Attachments: # 1 Proposed Order) (Pelletier, Eric) (Entered: 10/30/2018) |
| 10/30/2018 | 4 | ☐ | Motion for Order to Determine that Automatic Stay Applies to Civil Actions Involving Serv Trust Filed by 6789 Goldsboro, LLC. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Proposed Order) (Pelletier, Eric) Modified on 1/16/2019 (Arter, Laurie). (Entered: 10/30/2018) |
| 10/30/2018 | 3 | ☐ | Amended Certificate of Service Filed by Eric Pelletier (related document(s)1 Complaint filed by Plaintiff 6789 Goldsboro, LLC). (Pelletier, Eric) Modified on 10/31/2018 (Arter, Laurie). (Entered: 10/30/2018) |
| 10/29/2018 | 2 | | Receipt of filing fee for Complaint(18-00407) [cmp,cmp] ( 350.00). Receipt number 33653290. Fee amount 350.00 (re: Doc # 1) (U.S. Treasury) (Entered: 10/29/2018) |
| 10/29/2018 | 1 | ☐ | Adversary case 18-00407. (91 (Declaratory judgment)) Complaint by Frances Charlotte Wilburn, Eric Pelletier, Stephen A. Metz on behalf of 6789 Goldsboro, LLC against Gregory B Myers, Serv Trust, Roger Schlossberg. Fee Amount $350. (Pelletier, Eric) (Entered: 10/29/2018) |

View Selected

or

Download Selected