# UNITED STATES BANKRUPTCY COURT
# TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Laurie Arter   Phone Number: 301–344–3327   Date: 1/20/26

*BANKRUPTCY MATTER (answer only one):*

- ☒ 1. Appeal      ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included:  ☒ yes   ☐ no
    - ☐ Initial Transmittal
    - ☐ Transmittal of Record on Appeal (USDC Case No.)
    - ☒ Supplemental Transmittal (USDC Case Numbers: 8:25–cv–2103–TDC (Lead Case), 8:25–cv–2337–TDC, 8:25–cv–2635–TDC) (reason: Appellant's Rule 8009 Amended and Supplemental Designation of Record On Appeal Filed at USBC Docket Entry [114]. )
- ☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA
- ☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 4. Motion for Withdrawal of Reference
- ☐ 5. Findings of Fact and Conclusions of Law (No Objections)
- ☐ 6. Findings of Fact and Conclusions of Law with Objection
- ☐ 7. Contempt
- ☐ 8. Other:

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 15–26033   Chapter: 7
2. Adversary Proceeding Number (if applicable): 24–00007
3. U.S. Bankruptcy Judge: Maria Ellena Chavez–Ruark
4. Related U.S. District Court Civil Action Number (if applicable): 17cv01218PX; 17cv01239PX; 17cv02537PX; 17cv02781PX; 17cv03396PX; 17cv03846PX; 17cv03847PX; 18cv03783PX; 18cv01417PX; 18cv01630PX; 18cv02536PX; 18cv00336PX; 18cv02144PX; 19cv00245PX; 19cv03677PX19cv00637PX; 20cv01261PX; 21cv01184GJH; 21cv01185GJH; 21cv01186GJH; 22cv00778GJH; 23cv03511DLB; 8:25cv02042TDC; 8:25cv02338TDC
5. Fee Paid:   ☒ yes   ☐ no
6. Additional comments: Only newly designated items on the MD BK docket are being transmitted

*PARTY INFORMATION (answer all):*

1. Debtor: Gregory B Myers
2. Trustee (if applicable): n/a

Appellant/Movant: Gregory B. Myers

Appellant/Movant's Counsel: pro se

Appellee/Respondent: Roger Schlossberg, Brian King, Cristina King, Cristina and Brian King Children's Trust

Appellee/Respondent's Counsel: Frank Mastro for Trustee Roger Schlossberg, Maurice B. VerStandig Esq. for Brian King, Cristina King and Cristina and Brian King Children's Trust

transmdc (07/28/2015) – *LaurieArter*