Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY B. MYERS,

*Appellant*,

v.

ROGER SCHLOSSBERG, ET AL.,

*Appellees*.

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

**APPELLANT'S REPLY TO TRUSTEE'S OPPOSITION TO APPELLANT'S MOTION TO COMPEL PRODUCTION OF EXECUTED SETTLEMENT AGREEMENT**

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net

January 28, 2026

1

### I. The Trustee Filed No Opposition—Only a Joinder

The Trustee[1] did not file an opposition. He filed a **joinder** (ECF No. 25) (the "Joinder") adopting the King Parties' arguments wholesale, without submitting:

- Any declaration;
- Any affidavit;
- Any authenticated document;
- Any assertion that a signed settlement exists.

A joinder adds no evidence and cures no defects in the underlying opposition. See *United States v. White*, 836 F.3d 437, 446 (4th Cir. 2016).

### II. The Trustee's Silence on Execution Is Dispositive

The Trustee is the Rule 9019 movant. If an executed agreement exists, the Trustee is the one person who could—and should—say so.

He did not. That omission is telling. The Trustee's Joinder carefully avoids stating:

- That an agreement was executed;
- When it was executed;
- By whom it was executed.

This Court should not infer existence of a contract from silence where the Trustee bears the burden.

---

[1] Appellee, Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee").

2

### III. The Trustee Cannot Shift His Evidentiary Burden to Counterparties

Rule 9019 places the burden on the **trustee** to demonstrate:

- Existence of a compromise;
- Authority to enter it;
- Enforceability.

By filing only a joinder, the Trustee attempts to outsource that burden to adverse parties. That is improper.

### IV. The Trustee's Posture Confirms the Need for an Order Compelling Production

If a signed settlement agreement exists, production is trivial. If it does not, that fact is material to jurisdiction, finality, and enforceability.

Either way, the Trustee's Joinder underscores why the Motion to Compel is necessary.

### V. Reservation of Rights

Appellant expressly preserves all rights to seek:

- Disqualification of the Trustee and/or counsel;
- Vacatur of orders entered without jurisdiction;
- Relief under Rule 60(b)(4).

### VI. Conclusion

Because the Trustee has failed to oppose the Motion with evidence or factual assertions, and because he bears the Rule 9019 burden, the Motion to Compel should be granted as to the Trustee.

Respectfully submitted,

/s/ Gregory B. Myers

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2026, I filed the foregoing with the Clerk of Court thereby serving all registered users in this case.

_____
Gregory B. Myers, *pro se*