Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY B. MYERS,

Appellant,

v.

ROGER SCHLOSSBERG, ET AL.,

Appellees.

JAN 28 2026

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

APPELLANT'S NOTICE OF SEPARATE REPLIES

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

January 28, 2026

1

Appellant Gregory B. Myers ("Mr. Myers" or "Appellant") hereby gives notice that he has filed **two separate replies** in response to the oppositions filed to his *Motion to Compel Production of Executed Settlement Agreement* (ECF No. 19), for the limited purpose of procedural clarity and burden allocation.

Specifically:

1. Appellees **Brian King, Cristina King, and the Cristina and Brian King Children's Trust** (the "King Parties") filed an opposition asserting arguments in their individual capacities as non-fiduciary counterparties to the alleged settlement; and

2. The **Trustee**[1] filed a separate paper styled as an "Opposition," which expressly **joins** the King Parties' opposition and asserts no independent facts, evidence, or legal arguments of his own.

Because the Trustee is the **Rule 9019 movant** and fiduciary bearing the burden of establishing the existence and enforceability of any compromise, while the King Parties are **non-fiduciary litigants with distinct standing and evidentiary roles**, Appellant filed separate replies to ensure that:

- the parties' respective procedural postures are not conflated;

---

[1] Appellee, Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers (the "Trustee").

2

- the distinct burdens and obligations applicable to each are preserved; and

- the record accurately reflects which arguments (if any) are attributable to the Trustee as opposed to non-movant third parties (i.e., the King Parties).

Nothing in the filing of separate replies is intended to waive, concede, or adjudicate any pending or reserved objections concerning conflicts of interest or counsel disqualification, all of which are expressly preserved.

Nothing in the filing of separate replies is intended to multiply issues or filings; rather, it is intended solely to assist the Court in reviewing the oppositions in light of the materially different roles, standing, and burdens of the parties who submitted them.

Respectfully submitted,

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2026, I filed the foregoing with the Clerk of Court thereby serving all registered users in this case.

_____
Gregory B. Myers, *pro se*