Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

GREGORY B. MYERS,

*Appellant*,

v.

ROGER SCHLOSSBERG, et al.,

*Appellees*.

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

## MOTION FOR 14-DAY EXTENSION OF TIME TO FILE REPLY BRIEF
**(Expedited Consideration Requested)**

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

February 18, 2026

1

Appellant Gregory B. Myers respectfully moves for a 14-day extension of time, up to and including **March 10, 2026**, to file his reply brief. In support, Appellant states:

1. Appellees filed their joint response brief on February 10, 2026.

2. Appellant's reply brief is currently due February 24, 2026.

3. This appeal concerns an order entered by the bankruptcy court purporting to approve a compromise under Federal Rule of Bankruptcy Procedure 9019 involving alleged estate interests whose existence and extent remain disputed.

4. The issues raised in Appellees' response brief include complex questions concerning the scope of the bankruptcy court's authority to approve the purported compromise and related jurisdictional issues.

5. Appellant is proceeding pro se and requires additional time to prepare a concise and focused reply addressing the arguments raised in Appellees' response.

6. Appellant has also recently filed an emergency motion to stay enforcement and any implementation of the order pending appeal, which requires attention.

7. This is Appellant's first request for an extension of time to file his reply brief.

2

8. The requested extension will not prejudice Appellees and will assist the Court by ensuring that the reply brief is focused and helpful to the Court's resolution of the issues presented.

WHEREFORE, Appellant respectfully requests that the Court extend the deadline for filing his reply brief by 14 days, up to and including **March 10, 2026**, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2026, I filed the foregoing with the Clerk of Court thereby serving all registered users in this case.

Gregory B. Myers, *pro se*

3