UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| GREGORY B. MYERS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case Nos. 8:25-cv-2103-TDC (Lead Case) |
| ) | 8:25-cv-2337-TDC |
| ROGER SCHLOSSBERG, ) | 8:25-cv-2635-TDC |
| BRIAN KING, ) | |
| CRISTINA KING, and ) | |
| CRISTINA AND BRING KING ) | |
| CHILDREN'S TRUST ) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

**ORDER DENYING EMERGENCY MOTION TO STAY PENDING APPEAL**

Upon consideration of the Emergency Motion to Stay Pending Appeal (the "Motion"), DE #30 (the "Motion"), filed by Gregory B. Myers, the opposition of Brian King, Cristina King, and the Cristina and Brian King Children's Trust thereto, DE #32, governing law, and the record herein, it is, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

_____
Hon. Theodore D. Chuang
United States District Judge