IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| GREGORY B. MYERS, | ) |
| Appellant, | ) |
| v. | ) Case Nos.: 25-2103-TDC |
| ROGER SCHLOSSBERG, TRUSTEE, *et al.*, | ) |
| Appellees. | ) |

### ORDER STRIKING APPELLANT'S REPLY BRIEF

Upon consideration of the *Motion to Strike Appellant's Reply Brief* (the "*Motion*"), filed by Appellee Roger Schlossberg, any opposition or reply memoranda filed thereto, and this Court being fully advised, it is hereby

**ORDERED** that the *Motion* shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that Appellant's Reply Brief, [Dkt. #33], shall be, and is hereby, **STRICKEN** from the record of this appeal as it does not comport with the length limitations of Fed. R. Bankr. P. 8015(a)(7).

_____
Theodore D. Chuang, U.S.D.J.