# Exhibit B



Office

```
      10250 Baltimore Ave Ste E
       College Park, MD 20740
           301.220.0564
```

---

```
March 26, 2026 10:03 AM
Receipt #: CGSKF00120213
```

---

```
0330                30  @      $0.3300 T
BW 1S on 24# Wht

52238                1  @      $2.5000 T
FS Surcharge
```

---

```
        Retail Subtotal          $12.40

                  Tax             $0.75
                  Total           $13.15
```

```
************** PURCHASE **************
              APPROVED

Total:                           $13.15

Card Type:      VISA
Card Entry:     Contactless
Acct #:         ************7067
Approval Code:  248036

************ EMV PURCHASE ************
App Label:                  VISA DEBIT
Mode:                       Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 06011203A00000
TSI:
ARC: 00
AC:  A785133423289C60
CVM: 1F0301
```

```
        Total Tender           $13.15
```

---

```
    Tell us how we're doing:
        fedex.com/welisten
```