# Exhibit C

Case No.: **8:25-cv-2103-TDC** (Lead Case)
Case No.: **8:25-cv-2337-TDC**
Case No.: **8:25-cv-2635-TDC**

USDC- GREENBELT
'26 MAR 26 AM 10:31

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### GREGORY B. MYERS,

*Appellant,*

v.

### ROGER SCHLOSSBERG, ET AL.,

*Appellees.*

**Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033**

## AMENDED APPELLANT'S REPLY BRIEF[1]

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida  34102
(301) 325-2312
*gregbmyers@verizon.net*

March 25, 2026

---

[1] This Amended Appellant's Reply Brief is being filed pursuant to this Court's Order entered on March 18, 2026 (Doc. 36).

1