



Case No.: **8:25-cv-2103-TDC** (Lead Case)
Case No.: **8:25-cv-2337-TDC**
Case No.: **8:25-cv-2635-TDC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

## GREGORY B. MYERS,

*Appellant,*

v.

## ROGER SCHLOSSBERG, ET AL.,

*Appellees.*

**Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033**

# MOTION TO ACCEPT AMENDED REPLY BRIEF AS TIMELY FILED,
# OR ALTERNATIVELY FOR NUNC PRO TUNC EXTENSION

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

March 26, 2026

1

Case 8:25-cv-02103-TDC    Document 38    Filed 03/26/26    Page 2 of 5

Appellant Gregory B. Myers respectfully moves for an order accepting the **Amended Appellant's Reply Brief** filed on March 26, 2026, at 10:31 a.m., as timely filed, or, in the alternative, extending the filing deadline nunc pro tunc to that time. In support, Appellant states:

1.     On March 18, 2026, the Court entered an Order (Doc. 36) directing Appellant to file a revised reply brief in support of the consolidated appeals by March 25, 2026.

2.     Appellant completed the Amended Reply Brief on the evening of March 25, 2026, and at approximately 10:45 p.m. attempted to print it for filing in the Court's night drop box in Baltimore before midnight.

3.     At that time, Appellant's printer, a Brother MFC-8480DN, displayed a red error light and an error message stating "Drum Error" / "Replace the Drum Unit." A true and correct photocopy of the error message is attached as **Exhibit A**.

4.     Because the printer failed at approximately 10:45 p.m., Appellant was unable to print the brief and physically place it in the Court's night drop box before midnight. Appellant had no practical way to replace the drum unit at that hour.

5.     At approximately midnight, Appellant called chambers and left a recorded voicemail advising of the printer failure and stating that he would go to FedEx as soon as it opened in the morning, print the brief there, and immediately file it with the Clerk.

Case 8:25-cv-02103-TDC    Document 38    Filed 03/26/26    Page 3 of 5

6.      On March 26, 2026, at approximately 10:03 a.m., Appellant went to FedEx Office, 10250 Baltimore Avenue, Suite E, College Park, Maryland 20740, and had the Amended Reply Brief printed. A copy of the FedEx receipt is attached as **Exhibit B**.

7.      Immediately thereafter, Appellant drove to the Clerk's Office in Greenbelt and filed the Amended Reply Brief at 10:31 a.m. on March 26, 2026. A copy of the file-stamped cover page is attached as **Exhibit C**.

8.      Under Federal Rule of Civil Procedure 6(b)(1)(B), the Court may extend a deadline after it has expired on a showing of excusable neglect. The delay here was minimal—approximately one business morning—and resulted from an unforeseen printer failure late at night after the brief had already been completed, and was followed by immediate, documented efforts to print and file the brief at the earliest available opportunity.

9.      The circumstances demonstrate both good faith and diligence. Appellant did not ignore the Court's deadline, seek tactical advantage, or delay for strategic reasons. To the contrary, Appellant completed the brief before the deadline, attempted to print it in time for filing in the Court's night drop box in Baltimore, promptly notified chambers when the equipment failure prevented that filing, and filed the brief first thing the next morning after obtaining commercial printing.

10.     No party will be prejudiced by treating the Amended Reply Brief as timely filed, or by a brief nunc pro tunc extension through March 26, 2026, 10:31 a.m. By contrast, Appellant would be substantially prejudiced if a completed brief filed only hours late because of an unexpected equipment failure were rejected.

11.     Appellant was unable to confer with opposing counsel before filing.

WHEREFORE, Appellant respectfully requests that the Court enter an order:

(a) accepting the Amended Appellant's Reply Brief filed March 26, 2026, at 10:31 a.m., as timely filed; or, in the alternative,

(b) extending the deadline nunc pro tunc through March 26, 2026, at 10:31 a.m.; and granting such other and further relief as the Court deems just and proper.

Dated: March 25, 2026

Respectfully submitted,

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

Motion: Granted 3/27/26

Theodore D. Chuang
United States District Judge

4