

Align top of FedEx® shipping label here.

ORIGIN ID:COUA  (301) 325-2312
GREGORY MYERS
700 GULF SHORE BLVD N
NAPLES, FL 34102
UNITED STATES US

TO  US DISTRICT COURT
    DIST. OF MARYLAND / CLERK'S OFFICE
    6500 CHERRYWOOD LANE

    GREENBELT MD 20770
(000) 000-0000

SHIP DATE: 16JUN26
ACTWGT: 0.40 LB
CAD: 6570011/R05A2710

FedEx
Express

WED – 17 JUN 5:00P
STANDARD OVERNIGHT

TRK# 8731 7303 9197
0201

XG GBOA          20770
         MD–US   BWI

Envelope
Recycle me