FILED:  July 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1894
(8:25-cv-02103-TDC)

_____

In re: GREGORY B. MYERS

       Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

       Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING
CHILDREN'S TRUST

       Plaintiffs - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-02103-TDC |
| Date notice of appeal filed in originating court: | 07/08/2026 |
| Appellant(s) | Gregory B. Myers |
| Appellate Case Number | 26-1894 |

| Case Manager | R. Phillips<br>804-916-2702 |