# EXHIBIT 20

**January 12, 2023 Notice of Preliminary Hearing**

**In re Gregory Brian Myers**
**Case No. 2:21-bk-00123-FMD**
**United States Bankruptcy Court**
**Middle District of Florida**

**Bankruptcy Docket Entry No. 361**

**Complete Filing — PDF Pages 1–2**

**[Dntchrg]** [District Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                          Case No. 2:21−bk−00123−FMD
                                                Chapter 13

Gregory Brian Myers


_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. The Honorable Caryl E. Delano will conduct a preliminary hearing on the following matter on January 19, 2023, at 03:30 PM in Room 4−102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901:

   Motion for Reconsideration of Order Granting in Part and Denying in Part Debtor's Motion for Enlargement of Time (Document No. 360) filed by Debtor Gregory Brian Myers

2. Unless otherwise notified, Judge Delano will conduct all Fort Myers' hearings by Zoom from Courtroom 9A, Tampa, and will enter a separate Order Establishing Procedures for Video Hearings. Parties may attend the hearing by telephone, by Zoom, or in−person in Courtroom 9A. Parties appearing by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON IN THE FORT MYERS COURTHOUSE.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court without further notice.

5. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.


FOR THE COURT

Dated: January 12, 2023        Sheryl L. Loesch , Clerk of Court

                               Sam M.. Gibbons United States Courthouse
                               801 N. Florida Ave. Suite 555
                               Tampa, FL 33602−3899

The Clerk's office is directed to serve a copy of this notice on interested parties.
*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.