Generated: Jul 20, 2026 1:50PM

# U.S. District Court

## Maryland - Greenbelt

Receipt Date: Jul 20, 2026 1:50PM

Gregory B. Myers

| Rcpt. No: 3948 | Trans. Date: Jul 20, 2026 1:50PM | | Cashier ID: #IM (6736) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

**Comments**: 25-cv-02103-TDC Appeal Fee

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.