IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| GREGORY B. MYERS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No.: 25-2103-TDC |
| | ) | |
| ROGER SCHLOSSBERG, TRUSTEE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

**ORDER DENYING APPELLANT'S AMENDED
MOTION FOR STAY PENDING APPEAL**

Upon consideration of *Appellant Gregory B. Myers' Amended Motion for Stay Pending Appeal of the Effect and Enforceability of the June 3, 2026 Memorandum Opinion and Order* (the "*Motion*"), [Dkt. #51], the opposition thereto filed by Appellee, Roger Schlossberg, Chapter 7 Trustee of the Bankruptcy Estate of Gregory B. Myers, any other opposition or reply memoranda filed by the parties, and this Court being fully advised, it is hereby

**ORDERED** that the *Motion* shall be, and is hereby, **DENIED**.

_____
Theodore D. Chuang, U.S.D.J.