CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

212

3 MAR 2026 PM 2 L

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950502
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY
JUL 2 4 2026

**Gregory B. Myers**
**700 Gulf Shore Blvd. N.**
**Naples, FL 34102**

_____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

NIXIE     339   5E 1     02 07/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC

BC: 21201268599   *0192-02626-03-45