CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                         DEPUTY

JUL 24 2026

_____ FILED          _____ ENTERED
_____ LOGGED         _____ RECEIVED

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950434
FROM 21201

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339   5E 1        0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC        BC: 21201260599    *2474-05438-18-34