**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

**ORDER**

Appellant Gregory B. Myers has filed an Emergency Motion to Stay Pending Appeal, in which he requests the Court stay the implementation of the United States Bankruptcy Court's July 3, 2025 Order pending the resolution of his appeals. ECF No. 30. The Order permits Appellees Brian King, the Cristina and Brian King Children's Trust, and Cristina King ("the King Parties") to pay the Trustee, for the benefit of the bankruptcy estate, $150,000 in exchange for the Trustee transferring to the King Parties all of the "right, title and interest of the Trustee, the Debtor, and the bankruptcy estate" in 6789 Goldsboro LLC ("6789 Goldsboro"), including any membership or property interest. Order Approving Trustee's Compromise and Settlement at 2, ECF No. 30-1. In turn, the King Parties would dismiss Adversary Case No. 24-0007, withdraw their Proofs of Claim in Bankruptcy Case No. 15-26033, and reimburse the Trustee for all legal fees and expenses incurred in connection with any appeal of the Order. *Id.* at 2–3. The King Parties have filed a memorandum in opposition to the Motion. ECF No. 32.