CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

31 MAR 2026 PM

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

JUL 2 4 2026

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950500
FROM 21201

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339   SE 1        0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC   BC: 21201260599    *2327-08416-31-43