Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**GREGORY B. MYERS,**

*Appellant,*

v.

**ROGER SCHLOSSBERG, ET AL.,**

*Appellees.*

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

# MOTION TO ACCEPT AMENDED REPLY BRIEF AS TIMELY FILED, OR ALTERNATIVELY FOR NUNC PRO TUNC EXTENSION

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

March 26, 2026

1