CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND  21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

30 JUN 2026 PM 2 L

$0.74
US POSTAGE IMI
FIRST-CLASS
063S0001443316
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY

JUL 24 2026

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

ENTERED
LOGGED     RECEIVED

NIXIE     339   SE 1        0207/18/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC

BC: 21201260599     *0192-04960-30-41