CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

18 NOV 2025PM 4 L

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0001443332
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

JUL 24 2026

FILED _____ ENTERED
LOGGED _____ RECEIVED

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE        339   5E 1        0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 21201260599        *2327-03194-18-44