Case 8:25-cv-02103-TDC   Document 154   Filed 11/18/25   Page 1 of 5

Case No.: 8:25-cv-2103-TDC (Lead Case)
Case No.: 8:25-cv-2337-TDC
Case No.: 8:25-cv-2635-TDC

**HD**

Rev'd by
USDC- GREENBELT
'25 NOV 12 PM3:52

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**GREGORY B. MYERS,**

*Appellant,*

v.

**ROGER SCHLOSSBERG, ET AL.,**

*Appellees.*

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
JUL 2 4 2026
_____ FILED       _____ ENTERED
_____ LOGGED      _____ RECEIVED

Appeal from the United States Bankruptcy Court
for the District of Maryland
Adv. Case No. 24-00007
Bk. Case No.: 15-26033

# APPELLANT GREGORY B. MYERS' MOTION FOR
# ENLARGEMENT OF TIME TO FILE INITIAL BRIEF

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida  34102
(301) 325-2312
*gregbmyers@verizon.net*

November 12, 2025

1