CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212

19 MAR 2026PM 4 L



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950491
FROM 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY
KB JUL 2 4 2026

_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

**Gregory B. Myers**
**700 Gulf Shore Blvd. N.**
**Naples, FL 34102**

NIXIE      339   5E 1        0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC      BC: 21201260599      *2327-09438-19-44

21201>2605
34102-532500