AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
⟨KB⟩ JUL 2 4 2026   DEPUTY

_____ FILED      _____ ENTERED
_____ LOGGED    _____ RECEIVED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

GREGORY B. MYERS,

    Appellant,

    v.

ROGER SCHLOSSBERG,
BRIAN KING,
CRISTINA AND BRIAN KING
CHILDREN'S TRUST and
CRISTINA KING,

    Appellees.

Civil Action Nos. 25-2103-TDC
                25-2337-TDC
                25-2635-TDC

**ORDER**

Appellant Gregory B. Myers has filed a Motion for an Extension of Time to File a Reply Brief. ECF No. 31. On February 24, 2026, Myers filed a reply brief in support of the Consolidated Appeals. ECF No. 33. Appellee Roger Schlossberg has filed a Motion to Strike Appellant's Reply Brief, ECF No. 35, for failure to comply with the Federal Rules of Bankruptcy Procedure, under which a reply brief may not exceed 15 pages unless it includes a certificate of compliance stating that it contains no more than 7,500 words. *See* Fed. R. Bankr. P. 8015(a)(7)(A). Myers's reply brief is 49 pages and its certificate of compliance states that it contains 13,988 words. Schlossberg's Motion will therefore be granted and Myers's reply brief will be stricken, and he will be directed to file a revised reply brief that complies with the Federal Rules of Bankruptcy Procedure and the Court's Case Management Order within **7 days** of the date of this Order. Accordingly, it is hereby ORDERED that:

1. Schlossberg's Motion to Strike Appellant's Reply Brief, ECF No. 35, is GRANTED.

2. Myers's reply brief in support of the Consolidated Appeals, ECF No. 33, is STRICKEN.