# Exhibit A

CLOSED,MEM,NP

# U.S. District Court
# District of Maryland (Greenbelt)
# CIVIL DOCKET FOR CASE #: 8:25-cv-02337-TDC

Myers v. Schlossberg et al
Assigned to: Judge Theodore D. Chuang
Lead case: 8:25-cv-02103-TDC
Member case: (View Member Case)
Related Cases: 8:17-cv-01218-PX
8:17-cv-01239-PX
8:17-cv-02537-PX
8:17-cv-02781-PX
8:17-cv-03396-PX
8:17-cv-03847-PX
8:17-cv-03846-PX
8:18-cv-00336-PX
8:18-cv-01417-PX
8:18-cv-01630-PX
8:18-cv-02536-PX
8:18-cv-03783-PX
8:19-cv-00245-PX
8:19-cv-00637-PX
8:19-cv-03677-PX
8:20-cv-01261-PJM
8:21-cv-01184-GJH
8:21-cv-01185-GJH
8:21-cv-01186-GJH
8:22-cv-00778-GJH
8:23-cv-03511-DLB
8:25-cv-02042-TDC
8:26-cv-02175-TDC
Case in other court: U.S. Bankruptcy Court, 15-26033, Adv. 24-00007
Cause: 11:101 Bankruptcy (Definitions)

Date Filed: 07/18/2025
Date Terminated: 06/03/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Gregory B. Myers** represented by **Gregory B. Myers**
700 Gulf Shore Blvd. N.
Naples, FL 34102
PRO SE

V.

**Appellee**

| | | |
|---|---|---|
| **Roger Schlossberg** | represented by | **Frank J Mastro**<br>Schlossberg / Mastro<br>P.O. Box 2067<br>Hagerstown, MD 21742-2067<br>301-739-8610<br>Email: fmastro@schlosslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Appellee** | | |
| **Brian King** | represented by | **Maurice Belmont VerStandig**<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>3014444600<br>Fax: 3014444600<br>Email: mac@mbvesq.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Appellee** | | |
| **Cristina King** | represented by | **Maurice Belmont VerStandig**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Appellee** | | |
| **Cristina and Brian King Children's Trust** | represented by | **Maurice Belmont VerStandig**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2026 | 15 | ORDER granting 20 (No. 25-2103-TDC) Appellant's Motion to Supplement Record; denying 19 (No. 25-2103-TDC) Appellant's Motion to Compel; granting Appellee's Motion to Dismiss, ECF No. 19 (No. 25-2042-TDC); affirming the bankruptcy court's orders appealed in No. 25-2103-TDC; 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC; directing that the CLerk shall close Nos. 25-2042-TDC, 25-2103-TDC, 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC. Signed by Judge Theodore D. Chuang on 6/3/2026. Associated Cases: 8:25-cv-02103-TDC, 8:25-cv-02337-TDC, 8:25-cv-02635-TDC (c/m a 6/3/26 ols, Deputy Clerk) (Entered: 06/03/2026) |
| 06/03/2026 | 14 | MEMORANDUM OPINION. Signed by Judge Theodore D. Chuang on 6/3/2026. (ols, Deputy Clerk). (Entered: 06/03/2026) |
| 10/23/2025 | 13 | THIS IS A CONSOLIDATED CASE. PLEASE DO NOT ELECTRONICALLY FILE OR SPREAD TEXT IN THIS CASE. ALL SUBSEQUENT PLEADINGS ARE TO BE ELECTRONICALLY FILED ONLY IN THE LEAD CASE (TDC-25-2103). (ols, Deputy Clerk) (Entered: 10/23/2025) |
| 10/23/2025 | 12 | ORDER consolidating case Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC; designating Case No. 25-2103-TDC as the lead case. Signed by Judge Theodore D. |

| | | |
|---|---|---|
| | | Chuang on 10/23/2025. (ols, Deputy Clerk) (Entered: 10/23/2025) |
| 10/14/2025 | 11 | NOTICE by Roger Schlossberg re 10 Order on Motion for Extension of Time, *Appellees' Joint Notice re Consolidation* (Attachments: # 1 Exhibit, # 2 CMECF Mail List)(Mastro, Frank) (Entered: 10/14/2025) |
| 10/07/2025 | 10 | ORDER granting 7 Appellant's Motion for Enlargement of Time to File Initial Brief; directing that within 7 days of the date of this Order, the Parties shall file a Joint Notice stating whether any Party objects to consolidating the appeals. Signed by Judge Theodore D. Chuang on 10/7/2025. (c/m a 10/7/2025 bg3s, Deputy Clerk) (Entered: 10/07/2025) |
| 09/25/2025 | 9 | MARGINAL ORDER granting 8 Response to Order to Show Cause filed by Gregory B. Myers. Signed by Judge Theodore D. Chuang on 9/25/2025. (c/m 9/26/2025)(kk5s, Deputy Clerk) (Entered: 09/26/2025) |
| 09/22/2025 | 8 | RESPONSE re 3 Order to Show Cause filed by Gregory B. Myers.(kk5s, Deputy Clerk) (Entered: 09/23/2025) |
| 09/19/2025 | 7 | MOTION for Enlargement of Time to File Initial Brief by Gregory B. Myers(kk5s, Deputy Clerk) (Entered: 09/22/2025) |
| 08/19/2025 | 6 | Correspondence from Clerk re: Briefs (c/m a 8/19/25 ols, Deputy Clerk) (Additional attachment(s) added on 8/19/2025: # 1 Corrected Letter) (ols). (Entered: 08/19/2025) |
| 08/15/2025 | 5 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/3/2025, before Judge Maria Ellena Chavez-Ruark. Total number of pages filed: 45. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the Court Reporter or through PACER. Redaction Request due 8/5/2025. Redacted Transcript Deadline set for 8/15/2025. Release of Transcript Restriction set for 10/14/2025. (Attachments: # 1 Errata) (ols, Deputy Clerk) (Entered: 08/19/2025) |
| 08/15/2025 | 4 | DESIGNATION of Record on Appeal from U.S. Bankruptcy Court by Gregory B. Myers re 1 Bankruptcy Appeal Appellant Brief due by 9/19/2025. (Attachments: # 1 Claim 21-1, # 2 Claim 22-1, # 3 Claim 23-1, # 4 BK# 6: Meeting of Creditors, # 5 BK# 319: Meeting of Creditors, # 6 BK# 319-1: Notice Fin. Mgmt. Course Due, # 7 BK# 322: BNC Certificate of Mailing - Meeting of Creditors, # 8 BK# 1005:Application to Compromise Controversy with Brian King, Cristina King and the Cristina and Brian King Children's Trust, # 9 BK# 1005-1: Notice of Motion, # 10 BK# 1005-2: Exhibit 1, # 11 BK# 1005-3: Prop Order, # 12 BK# 1005-4: Cert of Service, # 13 BK# 1005-5: Cert of Service CMECF, # 14 BK# 1005-6: List of Creditors, # 15 BK# 1010: Debtor's Motion to Dismiss or Strike Trustee's Motion for Approval of Proposed Compromise and Settlement with Brian King, Christina King, and the Cristina and Brian King Children's Trust, or in the Alternative, Opposition to Said Motion Filed by Gregory B Myers, # 16 BK# 1013: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 17 BK# 1015: Opposition on behalf of Laurin H. Mills Filed by Laurin Howard Mills, # 18 BK# 1015-1: Exhibit A, # 19 BK# 1015-2: Exhibit B, # 20 BK# 1015-3: Exhibit C, # 21 BK# 1016: Supplemental Opposition on behalf of Laurin H. Mills Filed by Laurin Howard Mills, # 22 BK# 1016-1: Exhibit A, # 23 BK# 1016-2: Exhibit B, # 24 BK# 1018: Respondent's Response to Trustee's Reply to Opposition to Motion for Sanctions for Violation of the Automatic Stay on behalf of Laurin H. Mills Filed by Laurin Howard Mills, # 25 BK# 1020: Debtor's Reply to Trustee's Opposition to Debtor's Motion to Dismiss or Strike Trustee's Motion for Approval of Proposed Compromise and Settlement with Brain King, Cristina King, and the Cristina and Brian King Children's Trust Filed by Gregory B Myers, # 26 BK# 1027: Order Denying Trustee's Motion for Sanctions for Violation of Automatic Stay, # 27 BK# 1028: Order Denying Debtor's Motion to Strike Trustee's Motion for Approval of Proposed Compromise and Settlement with Brian King, Cristina King, and the Cristina and Brian |

King Children's Trust, # 28 BK# 1029: Order Granting Motion for Approval of Proposed Compromise and Settlement with Brian King, Cristina King, and the Cristina and Brian King Children's Trust, # 29 BK# 1039: Adversary case 24-00007. (91 (Declaratory judgment)) Complaint by Maurice Belmont VerStandig on behalf of Brian King, Cristina King, Cristina and Brian King Children's Trust against Roger Schlossberg, # 30 BK# 1046: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 31 BK# 1046-1: Exhibit, # 32 BK# 1046-2: CMECF Mail List, # 33 BK# 1046-3: Prop Order, # 34 BK# 1051: Objection to Claim Number 22 and Request for a Evidentiary Hearing In Re: Cristina King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers, # 35 BK# 1051-1: Exhibit A, # 36 BK# 1051-2: Exhibit B, # 37 BK# 1051-3: Exhibit C, # 38 BK# 1051-4: Exhibit D, # 39 BK# 1052: Objection to Claim Number 23 and Request for a Evidentiary Hearing In Re: Cristina and Brian King Children's Trust c/o The VerStandig Law Firm, LLC in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers, # 40 BK# 1052-1: Exhibit A, # 41 BK# 1052-2: Exhibit B, # 42 BK# 1052-3: Exhibit C, # 43 BK# 1052-4: Exhibit D, # 44 BK# 1052-5: Exhibit E, # 45 BK# 1053: Objection to Claim Number 21 and Request for Evidentiary Hearing In Re: Brian King in the Amount of $0.00. Notice Served on 5/6/2025 Filed by Gregory B Myers, # 46 BK# 1053-1: Exhibit A, # 47 BK# 1053-2: Exhibit B, # 48 BK# 1053-3: Exhibit C, # 49 BK# 1053-4: Exhibit D, # 50 BK# 1053-5: Exhibit E, # 51 BK# 1053-6: Exhibit F, # 52 BK# 1055: Notice of Evidentiary Hearing, # 53 BK# 1060: Opposition on behalf of Cristina King, Brian King Filed by Maurice Belmont VerStandig, # 54 BK# 1061: Certificate of Service Filed by Maurice Belmont VerStandig, # 55 BK# 1062: Exhibit/Witness List Filed by Maurice Belmont VerStandig, # 56 BK# 1062-1: Exhibit 1, # 57 BK# 1062-2: Exhibit 2, # 58 BK# 1062-3: Exhibit 3, # 59 BK# 1069: Notice of Oral Ruling, # 60 BK# 1070: Hearing Held, # 61 BK# 1070-1: Debtor's Ex 1, # 62 BK# 1070-2: Debtor's Ex 2, # 63 BK# 1070-3: Debtor's Ex 3, # 64 BK# 1070-4: Debtor's Ex 4, # 65 BK# 1070-5: Debtor's Ex 5, # 66 BK# 1070-6: Debtor's Ex 6, # 67 BK# 1070-7: Debtor's Ex 7, # 68 BK# 1070-8: Debtor's Ex 8, # 69 BK# 1070-9: Debtor's Ex 9, # 70 BK# 1071: Oral Ruling Given, # 71 BK# 1072: Order Overruling Claim Objections as Moot, # 72 BK# 1077: Notice of Appeal to District Court Filed by Gregory B Myers, # 73 BK# 1077-1: Exhibit A, # 74 AP# 1: Adversary case 24-00007. (91 (Declaratory judgment)) Complaint by Maurice Belmont VerStandig on behalf of Brian King, Cristina King, Cristina and Brian King Children's Trust against Roger Schlossberg, # 75 AP# 8: Response to Show Cause Order on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig, # 76 AP# 9: Court Instruction, # 77 AP# 12: Affidavit of Summons Service Executed on Roger Schlossberg 3/10/2024, # 78 AP# 13: Answer to Complaint Filed by Roger Schlossberg, # 79 AP# 14: General Provisions Governing Discovery, # 80 AP# 15: Scheduling Order, # 81 AP# 17: Application to Compromise Controversy with King Plaintiffs, Filed by Roger Schlossberg, # 82 AP# 17-1: Notice of Motion, # 83 AP# 17-2: Prop Order, # 84 AP# 17-3: Certificate of Service, # 85 AP# 17-4: Cert of Service, # 86 AP# 17-5: List of All Creditors, # 87 AP# 19: Preliminary Objection to the Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs on behalf of Gregory B. Myers, # 88 AP# 19-1: Exhibit A, # 89 AP# 19-2: Exhibit B, # 90 AP# 19-3: Exhibit C, # 91 AP# 19-4: Exhibit D, # 92 AP# 19-5: Exhibit E, # 93 AP# 19-6: Exhibit F, # 94 AP# 19-7: Exhibit G, # 95 AP# 71: Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig, # 96 AP# 22-1: Exhibit H, # 97 AP# 22-2: Exhibit I, # 98 AP# 23: Response on behalf of Gregory B. Myers Filed by Gregory B. Myers, # 99 AP# 25: Suggestion of Bankruptcy and Request to Stay all Further Proceedings Filed by Gregory B. Myers, # 100 AP# 27: Memorandum to Parties, # 101 AP# 28: Status Conference Held, # 102 AP# 29: Status Conference Held, # 103 AP# 33: Notice of Evidentiary Hearing, # 104 AP# 36: Trustee's Exhibit and Witness Lists for Hearing on Trustee's Motion for Approval of Proposed Compromise and Settlement with King Plaintiffs Filed by Frank J. Mastro, # 105 AP# 36-1: Exhibit 1, # 106 AP# 36-2:

| | | |
|---|---|---|
| | | Exhibit 2, # 107 AP# 36-3: Exhibit 3, # 108 AP# 36-4: Exhibit 4, # 109 AP# 36-5: Exhibit 5, # 110 AP# 36-6: Exhibit 6, # 111 AP# 36-7: Exhibit 7, # 112 AP# 36-8: Exhibit 8, # 113 AP# 36-9: Exhibit 9, # 114 AP# 36-10: Exhibit 10, # 115 AP# 36-11: Exhibit 11, # 116 AP# 37: Notice of Appeal to District Court Filed by Gregory B. Myers, # 117 AP# 43: Motion to Intervene Filed by Gregory B. Myers, # 118 AP# 43-1: Third Party Complaint, # 119 AP# 45: Motion to Dismiss Adversary Proceeding for Failure to Join Indispensable Party Filed by Gregory B. Myers, # 120 AP# 47: Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers, # 121 AP# 47-1: Exhibit A, # 122 49: Debtor's Motion to Disqualify Counsel Filed by Gregory B. Myers, # 123 AP# 50: Notice of Filing by Gregory B. Myers (Part 1), # 124 AP# 50: Notice of Filing by Gregory B. Myers (Part 2), # 125 AP# 51: Notice of Oral Ruling, # 126 AP# 52: Hearing Held, # 127 AP# 52-1: Debtor Ex 1, # 128 AP# 52-2: Debtor Ex 2, # 129 AP# 52-3: Debtor Ex 3, # 130 AP# 52-4: Debtor Ex 4, # 131 AP# 52-5: Debtor Ex 5, # 132 AP# 52-6: Debtor Ex 6, # 133 AP# 52-7: Debtor Ex 7, # 134 AP# 52-8: Debtor Ex 8, # 135 AP# 52-9: Debtor Ex 9, # 136 AP# 56: Supplemental Objection on behalf of Gregory B. Myers, # 137 AP# 57: Second Motion to Disqualify Judge Maria Elena Chavez-Ruark Filed by Gregory B. Myers, # 138 AP# 57-1: Copy of Third Party Complaint, # 139 AP# 59: Oral Ruling Given, # 140 AP# 60: Order Denying Motion to Strike, # 141 AP# 61: Order Approving Trustees Compromise And Settlement With King Parties, # 142 AP# 67: Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig, # 143 AP# 68: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 144 AP# 69: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 145 AP# 70: Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig, # 146 AP# 71: Joinder to Trustee's Opposition on behalf of Cristina and Brian King Children's Trust, Brian King, Cristina King Filed by Maurice Belmont VerStandig, # 147 AP# 72: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 148 AP# 73: Joinder to King Parties' Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 149 AP# 74: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 150 AP# 75: Emergency Motion to Stay Pending Appeal Filed by Gregory B. Myers, # 151 AP# 76: Motion to Shorten Time Filed by Gregory B. Myers, # 152 AP# 78: Motion For Final Summary Judgment as to Count 1 of Third Party Complaint and Demand for Trial by Jury Filed by Gregory B. Myers, # 153 AP# 79: Notice of Appeal to District Court Filed by Gregory B. Myers, # 154 AP# 79-1: Exhibit A, # 155 AP# 83: Order Denying Motion To Stay Pending Appeal, # 156 AP# 84: Order Denying Motion to Shorten Time, # 157 AP# 89: Opposition on behalf of Roger Schlossberg Filed by Frank J. Mastro, # 158 BK Docket Sheet, # 159 AP Docket Sheet, # 160 Transmittal Sheet) (ols, Deputy Clerk). (Entered: 08/19/2025) |
| 08/08/2025 | | Case Reassigned to Judge Theodore D. Chuang. Judge Paula Xinis no longer assigned to the case. (kns, Deputy Clerk) (Entered: 08/08/2025) |
| 08/04/2025 | 3 | ORDER directing Myers to show good cause within 21 days why this appeal should not be dismissed. Signed by Judge Paula Xinis on 8/4/2025. (c/m 8/4/2025)(kk5s, Deputy Clerk) (Entered: 08/04/2025) |
| 07/18/2025 | 2 | Bankruptcy Appeal Notification Letter (c/m to plaintiff 7/18/2025) (kk5s, Deputy Clerk) (Entered: 07/18/2025) |
| 07/18/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. (Greenbelt). Bankruptcy Court case number 15-26033, Adv. 24-00007, filed by Gregory B. Myers. (Attachments: # 1 Order Being Appealed, # 2 BK Docket Sheet, # 3 Transmittal Sheet)(kk5s, Deputy Clerk) (Entered: 07/18/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2026 14:22:25 | | | |
| **PACER Login:** | gregbmyers | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:25-cv-02337-TDC |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |