# Exhibit B

CLOSED,MEM

# U.S. District Court
# District of Maryland (Greenbelt)
# CIVIL DOCKET FOR CASE #: 8:25-cv-02635-TDC

Myers v. Schlossberg et al
Assigned to: Judge Theodore D. Chuang
Lead case: 8:25-cv-02103-TDC
Member case: (View Member Case)
Related Case: 8:26-cv-02175-TDC
Case in other court: U.S. Bankruptcy Court, 24-00007 (Adversary)
Cause: 11:101 Bankruptcy (Definitions)

Date Filed: 08/01/2025
Date Terminated: 06/03/2026
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Gregory B. Myers** represented by **Gregory B. Myers**
700 Gulf Shore Blvd N.
Naples, FL 34102
PRO SE

V.

**Appellee**

**Roger Schlossberg** represented by **Frank J Mastro**
Schlossberg / Mastro
P.O. Box 2067
Hagerstown, MD 21742-2067
301-739-8610
Email: fmastro@schlosslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Brian King** represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
3014444600
Fax: 3014444600
Email: mac@mbvesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Cristina King** represented by **Maurice Belmont VerStandig**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Brian King Children's Trust** represented by **Maurice Belmont VerStandig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Debtor**

**Gregory B. Myers** represented by **Gregory B. Myers**
700 Gulf Shore Blvd N.
Naples, FL 34012
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2026 | 18 | [FILED IN ERROR IN MEMBER CASE] MOTION to Stay Pending Appeal by Gregory B. Myers (Attachments: # 1 Exhibit List, # 2 Text of Proposed Order)(heps, Deputy Clerk) Modified on 7/17/2026 (kns). (Entered: 07/16/2026) |
| 06/03/2026 | 17 | ORDER granting 20 (No. 25-2103-TDC) Appellant's Motion to Supplement Record; denying 19 (No. 25-2103-TDC) Appellant's Motion to Compel; granting Appellee's Motion to Dismiss, ECF No. 19 (No. 25-2042-TDC); affirming the bankruptcy court's orders appealed in No. 25-2103-TDC; 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC; directing that the CLerk shall close Nos. 25-2042-TDC, 25-2103-TDC, 25-2337-TDC, 25-2338-TDC, and 25-2635-TDC. Signed by Judge Theodore D. Chuang on 6/3/2026. Associated Cases: 8:25-cv-02103-TDC, 8:25-cv-02337-TDC, 8:25-cv-02635-TDC (c/m a 6/3/26 ols, Deputy Clerk) (Entered: 06/03/2026) |
| 06/03/2026 | 16 | MEMORANDUM OPINION. Signed by Judge Theodore D. Chuang on 6/3/2026. (ols, Deputy Clerk) (Entered: 06/03/2026) |
| 10/23/2025 | | THIS IS A CONSOLIDATED CASE. PLEASE DO NOT ELECTRONICALLY FILE OR SPREAD TEXT IN THIS CASE. ALL SUBSEQUENT PLEADINGS ARE TO BE ELECTRONICALLY FILED ONLY IN THE LEAD CASE (TDC-25-2103). (ols, Deputy Clerk) (Entered: 10/23/2025) |
| 10/23/2025 | 15 | ORDER consolidating case Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC; designating Case No. 25-2103-TDC as the lead case. Signed by Judge Theodore D. Chuang on 10/23/2025. (ols, Deputy Clerk) (Entered: 10/23/2025) |
| 10/14/2025 | 14 | Mail Sent to Gregory B. Myers Returned as Undeliverable re 7 Correspondence. (Attachments: # 1 Returned Mail Document) (dass, Deputy Clerk) (Entered: 10/15/2025) |
| 10/14/2025 | 13 | Mail Sent to Gregory B. Myers Returned as Undeliverable re 4 Order. (Attachments: # 1 Returned Mail Document) (dass, Deputy Clerk) (Entered: 10/15/2025) |
| 10/14/2025 | 12 | NOTICE by Roger Schlossberg re 11 Order on Motion for Extension of Time to File Document, *Appellees' Joint Notice re Consolidation* (Attachments: # 1 Exhibit, # 2 CMECF Mail List)(Mastro, Frank) (Entered: 10/14/2025) |
| 10/07/2025 | 11 | ORDER granting 8 Appellant's Motion for Enlargement of Time to File Initial Brief; directing that within 7 days of the date of this Order, the Parties shall file a Joint Notice |

| | | |
|---|---|---|
| | | stating whether any Party objects to consolidating the appeals. Signed by Judge Theodore D. Chuang on 10/7/2025. (c/m a 10/7/2025 bg3s, Deputy Clerk) (Entered: 10/07/2025) |
| 09/25/2025 | 10 | MARGINAL ORDER granting Request made in 9 Response filed by Gregory B. Myers, for an Order discharging the September 9, 2025 Order to Show Cause. Signed by Judge Theodore D. Chuang on 9/25/2025. (dass, Deputy Clerk) (Entered: 09/25/2025) |
| 09/22/2025 | 9 | RESPONSE to Order to Show Cause filed by Gregory B. Myers.(dass, Deputy Clerk) (Entered: 09/23/2025) |
| 09/19/2025 | 8 | MOTION for Enlargement of Time to File Initial Brief by Gregory B. Myers(bg3s, Deputy Clerk) (Entered: 09/22/2025) |
| 09/17/2025 | 7 | Correspondence to Counsel/Parties re: filing of Appellant's Brief/deadline. (dass, Deputy Clerk) (c/m 9/17/25) (Additional attachment(s) added: # 1 Letter with correct date) (dass). (Entered: 09/17/2025) |
| 09/09/2025 | 4 | ORDER setting deadline for Appellant to submit designation and statement, and also a statement explaining his prolonged delay in filing those documents. Signed by Judge Theodore D. Chuang on 9/9/2025. (dass, Deputy Clerk) (c/m 9/9/25) (Entered: 09/09/2025) |
| 09/02/2025 | | Transmission of Bankruptcy Appeal Record re 1 Bankruptcy Appeal (kns, Deputy Clerk) (Entered: 09/15/2025) |
| 09/02/2025 | 6 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/3/2025, before Bankruptcy Judge Maria Elena Chavez-Ruark. Total number of pages filed: 45. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the Court Reporter or through PACER. Release of Transcript Restriction set for 10/14/2025. (Attachments: # 1 Court's Errata Sheet)(kns, Deputy Clerk) (Entered: 09/15/2025) |
| 09/02/2025 | 5 | APPELLANT'S DESIGNATION of Record on Appeal from U.S. Bankruptcy Court by Gregory B. Myers re 1 Bankruptcy Appeal (Attachments: # 1 Claim 21, # 2 Claim 22, # 3 Claim 23, # 4 BK 6 Notice of Chapter 11 Case, # 5 BK 319 Notice of Chapter 7 Case, # 6 BK 322 BNC Certificate of Mailing, # 7 BK 1005 Motion for Approval of Proposed Compromise and Settlement, # 8 BK 1005-1 Notice of Motion, # 9 BK 1005-2 Exhibit, # 10 BK 1005-3 Proposed Order, # 11 BK 1005-4 Certificate of Service, # 12 BK 1005-5 Mailing List, # 13 BK 1005-6 Mailing Matrix, # 14 BK 1010 Motion to Dismiss or Strike Motion, # 15 BK 1013 Opposition to Motion to Dismiss or Strike, # 16 BK 1013-1 Proposed Order, # 17 BK 1015 Opposition to Motion for Sanctions, # 18 BK 1015-1 Exhibit A, # 19 BK 1015-2 Exhibit B, # 20 BK 1015-3 Exhibit C, # 21 BK 1016 Supplement to Motion for Sanctions, # 22 BK 1016-1 Exhibit A, # 23 BK 1016-2 Exhibit B, # 24 BK 1018 Response to Reply to Opposition Motion for Sanctions, # 25 Reply to Response to Motion to Dismiss or Strike, # 26 BK 1027 Order Denying Motion for Sanctions, # 27 BK 1028 Order Denying Motion to Strike, # 28 BK Complaint for Declaratory Relief, # 29 BK 1046 Opposition to Motion to Hold Roger Schlossberg in Contempt, # 30 BK 1046-1 Exhibit, # 31 BK 1046-2 Mailing List, # 32 BK 1046-3 Proposed Order, # 33 BK 1051 Objection to Proof of Claim No. 22-1, # 34 BK 1051-1 Exhibit A, # 35 BK 1051-2 Exhibit B, # 36 BK 1051-3 Exhibit C, # 37 BK 1051-4 Exhibit D, # 38 BK 1051-5 Exhibit E, # 39 BK 1052 Objection to Claim 23-1, # 40 BK 1052-1 Exhibit A, # 41 BK 1052-2 Exhibit B, # 42 BK 1052-3 Exhibit C, # 43 BK 1052-4 Exhibit D, # 44 BK 1052-5 Exhibit E, # 45 BK 1053 Objection to Claim 21-1, # 46 BK 1053-1 Exhibit A, # 47 BK 1053-2 Exhibit B, # 48 BK 1053-3 Exhibit C, # 49 BK 1053-4 Exhibit D, # 50 BK 1053-5 Exhibit E, # 51 BK 1053-6 Exhibit F, # 52 BK 1055 Notice of Hearing, # 53 BK 1056 Opposition to Objections to Claims, # 54 BK 1060-1 Proposed Order, # 55 |

BK 1061 Certificate of Service, # 56 BK 1062 Witness and Exhibit List, # 57 BK 1062-1 Proof of Claim, # 58 BK 1062-2 Proof of Claim, # 59 BK 1062-3 Proof of Claim, # 60 BK 1069 Notice of Hearing, # 61 BK 1070 Proceeding Memo for Hearing held 6/30/2025, # 62 BK 1070-1 Debtor's Exhibit 1, # 63 BK 1070-2 Debtor's Exhibit 2, # 64 BK 1070-3 Debtor's Exhibit 3, # 65 BK 1070-4 Debtor's Exhibit 4, # 66 BK 1070-5 Debtor's Exhibit 5, # 67 BK 1070-6 Debtor's Exhibit 6, # 68 BK 1070-7 Exhibit 7, # 69 BK 1070-8 Exhibit 8, # 70 BK 1070-9 Exhibit 9, # 71 BK 1071 Proceeding Memo for Hearing held 7/3/2025, # 72 BK 1072 Order Overruling Objection to Claims, # 73 BK 1077 Notice of Appeal, # 74 BK 1077 Exhibit A, # 75 BK Docket Sheet)(kns, Deputy Clerk) (Additional attachment(s) added on 9/15/2025: # 76 AP 1 Complaint for Declaratory Relief, # 77 AP 8 Response to Order to Show Cause, # 78 AP 9 Court Instruction, # 79 AP 12 Proof of Service, # 80 AP 13 Answer to Complaint, # 81 AP 14 Joint Rule 26(f) Report, # 82 AP 15 Scheduling Order, # 83 AP 17 Motion for Approval of Proposed Compromise and Settlement, # 84 AP 17-1 Proposed Order, # 85 AP 17-1 Notice, # 86 AP 17-3 Certificate of Service, # 87 AP 17-4 Mailing List, # 88 AP 17-5 Mailing Matrix, # 89 AP 19 Preliminary Objection to Motion to Approve Proposed Compromise and Settlement, # 90 AP 19-1 Exhibit A, # 91 AP 19-2 Exhibit B, # 92 AP 19-3 Exhibit C, # 93 AP 19-4 Exhibit D, # 94 AP 19-5 Exhibit E, # 95 AP 19-6 Exhibit F, # 96 AP 19-7 Exhibit G) (kns). (Additional attachment(s) added on 9/15/2025: # 97 AP 22 Supplement to Preliminary Objection to Motion for Approval of Proposed Compromise and Settlement, # 98 AP 22-1 Exhibit H, # 99 AP 22-2 Exhibit I, # 100 Response in Opposition to to Motion to Strike Debtor's Objection, # 102 AP 25 Suggestion of Bankruptcy, # 103 AP 27 Memorandum to Parties, # 104 AP 28 Proceeding Memo for Hearing held 5/7/2025, # 105 AP 29 Notice of Hearing, # 106 AP 33 Notice of Hearing, # 107 AP 36 Trustee's Exhibit and Witness Lists, # 108 AP 36-1 Trustee's Exhibit 1, # 109 AP 36-2 Trustee's Exhibit 2, # 110 AP 36-3 Trustee's Exhibit 3, # 111 AP 36-4 Trustee's Exhibit 4, # 112 AP 36-5 Trustee's Exhibit 5, # 113 AP 36-6 Trustee's Exhibit 6, # 114 AP 36-7 Trustee's Exhibit 7, # 115 AP 36-8 Trustee's Exhibit 8, # 116 AP 36-9 Trustee's Exhibit 9, # 117 AP 36-10 Trustee's Exhibit 10, # 118 AP 36-11 Trustee's Exhibit 11) (kns). (Additional attachment(s) added on 9/15/2025: # 119 AP 37 Notice of Appeal, # 120 AP 43 Motion to Intervene, # 121 AP 43-1 Proposed Third Party Complaint, # 122 AP 43-2 Proposed Order, # 123 AP 45 Motion to Dismiss for Failure to Join Indispensable Party, # 124 AP 45-1 Exhibit A, # 125 AP 45-2 Exhibit B, # 126 AP 45-3 Proposed Order, # 127 AP 47 Motion to Disqualify Judge Maria Elena Chavez-Ruark, # 128 AP 47-1 Exhibit A, # 129 AP 47-2 Proposed Order, # 130 AP 49 Motion to Disqualify Counsel, # 131 AP 49-1 Attachment, # 132 AP 50 Notice of Filing Transcript) (kns). (Additional attachment(s) added on 9/15/2025: # 133 AP 51 Notice of Hearing, # 134 AP 52 Proceeding Memo for Hearing held 6/30/2025 and 7/1/2025, # 135 AP 52-1 Debtor's Exhibit 1, # 136 AP 52-2 Debtor's Exhibit 2, # 137 AP 52-3 Debtor's Exhibit 3, # 138 AP 52-4 Debtor's Exhibit 4, # 139 AP 52-5 Debtor's Exhibit 5, # 140 AP 52-6 Debtor's Exhibit 6, # 141 AP 52-7 Exhibit 7, # 142 AP 52-8 Exhibit 8, # 143 AP 52-9 Exhibit 9, # 144 AP 56 Supplemental Objection to Motion to Approve Proposed Compromise and Settlement, # 145 AP 57 Second Motion to Disqualify Judge Maria Elena Chavez-Ruark, # 146 AP 57-1 Exhibit A, # 147 AP 57-2 Proposed Order) (kns). (Additional attachment(s) added on 9/15/2025: # 148 AP 59 Proceeding Memo for Hearing held 7/3/2025, # 149 AP 60 Order Denying Motion to Strike, # 150 AP 61 Order Approving Compromise and Settlement, # 151 AP 67 Opposition to Motion to Disqualify Counsel, # 152 AP 67-1 Proposed Order, # 153 AP 68 Opposition to Motion to Intervene, # 154 AP 68-1 Proposed Order, # 155 AP 69 Opposition to Motion to Dismiss, # 156 AP 69-1 Proposed Order, # 157 AP 70 Joinder to Opposition to Motion to Intervene, # 158 AP 71 Joinder to Opposition to Motion to Dismiss, # 159 AP 72 Opposition to Motion to Disqualify Judge, # 160 AP 72-1 Proposed Order, # 161 AP 73 Joinder to Opposition to Motion to Disqualify Counsel, # 162 AP 73-1 Proposed Order, # 163 AP 74 Opposition to Second Motion to Disqualify Judge, # 164 AP 74-1 Proposed Order, # 165 AP 75 Emergency Motion for Stay Pending Appeal, # 166 AP 75-1 Proposed Order, # 167 AP 76 Motion to Shorten Time to Respond to Emergency

| | | |
|---|---|---|
| | | Motion to Stay Pending Appeal, # 168 AP 76-1 Proposed Order) (kns). (Additional attachment(s) added on 9/15/2025: # 169 AP 79 Notice of Appeal, # 170 AP 79-1 Exhibit A, # 171 AP 83 Order Denying Emergency Motion for Stay Pending Appeal, # 172 AP 84 Order Denying Motion to Shorten Time as Moot, # 173 AP 89 Opposition to Motion for Final Summary Judgment on Count 1 of Third Party Complaint, # 174 AP 89-1 Proposed Order, # 175 AP 90 Opposition to Motion for Final Summary Judgment as to Count 1 of Third Party Complaint, # 176 AP 92 Notice of Appeal, # 177 AP 92-1 Exhibit A, # 178 AP 92-2 Exhibit B, # 179 AP 98 Supplemental Opposition to Motion for Final Summary Judgment as to Count 1 of Third Party Complaint, # 180 AP Docket Sheet, # 181 Transmittal Sheet) (kns). (Entered: 09/12/2025) |
| 08/18/2025 | 3 | Transmission of Bankruptcy Appeal Record, No Designation of Record Filed, re 1 Bankruptcy Appeal (Attachments: # 1 BK Docket Sheet)(bg3s, Deputy Clerk) (Entered: 08/18/2025) |
| 08/08/2025 | 2 | Bankruptcy Notification Letter mailed to Pro Se Party. (dass, Deputy Clerk) (c/m 8/8/25) (Entered: 08/08/2025) |
| 08/01/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT (Greenbelt/Southern Division). Bankruptcy Court case number 24-00007, filed by Gregory B. Myers. (Attachments: # 1 Bankruptcy Order, # 2 Adversary Docket Sheet, # 3 Transmittal Sheet)(dass, Deputy Clerk) (Entered: 08/08/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2026 14:25:44 | | | |
| **PACER Login:** | gregbmyers | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:25-cv-02635-TDC |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |