# Exhibit C

JULY 8, 2026

TO THE CLERK:

PLEASE FILE ONE (1) ORIGINAL OF THE NOTICE OF APPEAL IN EACH OF THE FIVE (5) CAPTIONED CASES:

25-2042

25-2103

25-2337

25-2635

25-2338

THANK YOU,

GREG MYERS

(301) 325-2312

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUL 8 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Night Drop

USDC- BALTIMORE MD
'26 JUL 8 PM7:05

Civil Action Nos. 25-2042-TDC, 25-2103-TDC, 25-2337-TDC, 25-2635-TDC, and 25-2338-TDC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED ENTERED
LOGGED RECEIVED
JUL 8 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

GREGORY B. MYERS,

Appellant,

v.

ROGER SCHLOSSBERG, BRIAN KING, CRISTINA KING and CRISTINA AND BRIAN KING CHILDREN'S TRUST,

Appellees.

Civil Action No. 25-2042-TDC

---

GREGORY B. MYERS,

Appellant,

v.

ROGER SCHLOSSBERG, BRIAN KING, CRISTINA KING and CRISTINA AND BRIAN KING CHILDREN'S TRUST,

Appellees.

Civil Action Nos. 25-2103-TDC
25-2337-TDC
25-2635-TDC

---

GREGORY B. MYERS,

Appellant,

v.

ROGER SCHLOSSBERG, BRIAN KING, CRISTINA KING and CRISTINA AND BRIAN KING CHILDREN'S TRUST,

Appellees.

Civil Action No. 25-2338-TDC

## NOTICE OF APPEAL

Notice is hereby given that Appellant Gregory B. Myers appeals to the United States Court of Appeals for the Fourth Circuit from:

1. the **MEMORANDUM OPINION** entered by this Court on June 3, 2026, **ECF No. 41**;
2. the **ORDER** entered by this Court on June 3, 2026, **ECF No. 42**;
3. the **ORDER** Denying Motion to Alter or Amend Judgment and/or for Rehearing entered by this Court on June 29, 2026, **ECF No. 45**; and
4. all prior, interim, interlocutory, procedural, subsidiary, predicate, merged, or related orders, rulings, determinations, and issues that merged into, formed the basis for, were incorporated into, were necessarily resolved by, or are otherwise reviewable upon appeal from the foregoing orders and judgment, including without limitation all rulings dismissing Civil Action No. 25-2042-TDC, affirming the bankruptcy court orders appealed in Civil Action Nos. 25-2103-TDC, 25-2337-TDC, 25-2635-TDC, and 25-2338-TDC, denying Appellant's Emergency Motion for Stay Pending Appeal, denying relief from or review of the December 11, 2023 settlement-procedure orders, affirming the July 3, 2025 Settlement Order, affirming the July 3, 2025 Order Overruling Claim Objections as Moot, denying the Motion to Compel, and closing the above-captioned appeals.[1]

This Notice of Appeal is intended to appeal the final judgment and rehearing denial in the above-captioned district-court bankruptcy appeals to the full extent permitted by 28 U.S.C. § 158(d), 28 U.S.C. § 1291, Federal Rule of Appellate Procedure 3, Federal Rule of Appellate Procedure 4, Federal Rule of Appellate Procedure 6, Federal Rule of Bankruptcy Procedure 8022, and all applicable merger, finality, and appellate-review principles.[2]

The parties to this appeal are:

**Appellant:** Gregory B. Myers
**Appellee:** Roger Schlossberg, Chapter 7 Trustee
**Appellee:** Brian King
**Appellee:** Cristina King
**Appellee:** Cristina and Brian King Children's Trust

Dated: July 8, 2026

Respectfully submitted,

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

**NOTES**

[1] This Notice is intended to invoke review of the District Court's June 3, 2026 Memorandum Opinion and Order and the June 29, 2026 rehearing order in their entirety. The reference to merged, predicate, interim, interlocutory, and related orders includes all orders and rulings that are reviewable upon appeal from the District Court's final judgment, whether entered in Civil Action No. 25-2042-TDC; Civil Action Nos. 25-2103-TDC, 25-2337-TDC, and 25-2635-TDC; Civil Action No. 25-2338-TDC; or the consolidated appeal docket. Appellant does not concede that any particular bankruptcy-court order was final, valid, effective, appealable, non-appealable, moot, waived, abandoned, or outside the scope of merger or appellate review.

[2] Appellant's separate pending district-court appeal from the bankruptcy court's May 26, 2026 order concerning the April 15, 2026 post-appeal orders, and Appellant's pending July 2, 2026 Rule 60(b) motion in Adv. Proc. No. 24-00007, are not abandoned, waived, withdrawn, mooted, superseded, or narrowed by this Notice of Appeal. This Notice seeks Fourth Circuit review of the District Court's June 3, 2026 judgment and June 29, 2026 rehearing denial. Appellant expressly reserves all rights, arguments, requests for indicative ruling, Rule 60(b), Rule 60(d), Bankruptcy Rule 8008, Federal Rule of Appellate Procedure 12.1, jurisdictional, due-process, standing, merger, voidness, post-appeal-divestiture, trustee-bond, discovery, accounting, and preservation arguments in the bankruptcy court, the District Court, and the Fourth Circuit.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July, 2026, the foregoing Notice of Appeal was filed with the Clerk of the United States District Court for the District of Maryland and served on all registered CM/ECF users in the above-captioned cases.

Gregory B. Myers, pro se