# Exhibit D

FILED: September 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1894 (L)
(8:25-cv-02103-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Plaintiffs - Appellees

---

O R D E R

---

The court defers consideration of the motion to correct and complete appellate docket and record, confirm the scope of the notice of appeal and suspend informal briefing order pending review of the appeal on the merits.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk